UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 29 1999  GS

MICHAEL N. MILBY, CLERK OF COURT

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Micheal Edward Derry
Plaintiff's name and ID Number

Fabian Dominguez State Jail
Place of Confinement

H-99-2093

CASE NO. _____
(Clerk will assign the number)

v.

Wayne Scott
Defendant's name and address

Wardens: Guterrez And Garcia
Defendant's name and address

Wardens: Kinker + Carr
Defendant's name and address
( DO NOT USE "ET AL.")

I.   PREVIOUS LAWSUITS:

A.  Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?     ___YES  ✓NO

B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: ___N/A___

   2. Parties to previous lawsuit:
      Plaintiff(s) ___N/A___
      Defendant(s) ___N/A___

   3. Court (If federal, name the district; if state, name the county) ___N/A___

   4. Docket Number: ___N/A___

   5. Name of judge to whom case was assigned: ___N/A___

   6. Disposition: (Was the case dismissed, appealed, still pending?) ___N/A___

   7. Approximate date of disposition: ___N/A___

ATC1983 (Rev.04/98)                2

II. PLACE OF PRESENT CONFINEMENT: Fabian Dominguez State Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?    ___YES ___NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ~~Wayne Scott; Director T.D.C.J-I.D.~~ Micheal Edward Derry #630520 KSE-006, 6535 Cagnon Road, San Antonio Texas 78252

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Wayne Scott; Director T.D.C.J.-ID - P.O Box 99 Huntsville Texas 77342-0099

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has Me Confined On Unit Not Listed As I.D. (I Am An I.D Prisoner)

Defendant #2 Mr. Gutierrez; Warden - HC02 Box 995 Beeville, Tx. 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Ignored My Pleas For Help & Allowing Me To Be Assaulted Twice

Defendant #3: Mr. Garcia; Asst. Warden - HC02 Box 995 Beeville Tx 78102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Also Ignored My Pleas For Help & Allowed Me To Be Put In A Possition To Be Att.

Defendant #4: Mr. Kinker, Warden - 6535 Cagnon Rd. San Antonio Tx. 78252

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied Me Medical, Legal Rights, & Placed Me In Segregation Without Due Proce-

Defendant #5: Mr. Carr; Asst. Warden - 6535 Cagnon Rd. San Antonio Tx 78252

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowed Me To Be Verbally, Physically, & Mentally Abused By Staff Members.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

When I Arrived On The Garza Unit, In October 98, I Was Housed In D-Dorm On The South End Of The Unit. In November 98, I Was Attacked

ATC1983 (Rev.04/98)    3

By a offender, prior to this attack, I had notified (verbally, by I'60, Grievance, + Letter), everyone from C.O.1 - Warden of the problem, asking to be moved, "They did nothing." Two weeks later, Offender Daniel, was attacked in the bunk next to me + was beaten to within an inch of his life, I again asked to be moved, I was told by a Lt., that Major Fink said the only way I would be moved, was if I Identify the men who attacked offender Daniel + other members of the Mexican Mafia, "I refused in fear for my life"

" See Attached Sheet "

### VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for all the abuse that I have endured for almost a year + that something be done to prevent others from going through this same abuse.

### VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases: Micheal Edward Derry.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 630500, I do not remember the first one.

### VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division): N/A
 2. Case Number: N/A
 3. Approximate date sanctions were imposed: N/A
 4. Have the sanctions been lifted or otherwise satisfied? YES/N/A NO

C. Has any court ever warned or notified you that sanctions could be imposed? YES/N/A NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev.04/98) 4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case Number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: __6-24-99__
             DATE

MICHEAL EDWARD DERRY
__Micheal Edward Derry__
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __24__ day of __JUNE__, 19 __99__.
      (Day)            (month)        (year)

MICHEAL EDWARD DERRY
__Micheal Edward Derry__
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC1983 (Rev.04/98)            5

⑤

Because of my refusal, I was left on B-Dorm.

On 3-31-99, Offender Randall Kain, attacked me at 11:30 P.M. because I wouldn't sell him my medications. Prior to this attack, I tried desperately, "In Vain", to be moved before hand. I tried repeatedly, by letter to the Warden (Gutierrez), Asst. Warden, (Garcia) + Major (Fink), to inform them that Offender Kain had threaten me & was causing problems on the dorm. I asked that either I or Offender Kain be moved, for Offender Kain was a member of the "Aryan Brotherhood", I was in fear of being "Clicked" on. During the attack, I recieved a cut over my left eye & some badly bruised ribs. Two days later "After the Attack", I was transferred to the Dominguez State Jail Facility in San Antonio Tx.

On 4-22-99, I was called to the G-Building and was informed that I had been written a major case for the attack "I" had suffered while on the Garza Unit.

On 4-28-99, I was called back to G-Building, to go to court, (Capt. Dalton officiated the proceedings), and despite the fact that I had documented proof of my trying desperately, "In Vain", to try to avoid the conflict and to be moved, plus, I also had a witness, (Randall Grimes), who saw the whole incident and was willing to testify in my behalf, (They never talked to him), I was found guilty of fighting & recieved punishment of 15-15-15. 15 Days loss of commissary and recreation privileges and 15 Days loss of good time credit.

On 4-30-99, I was called to U.C.C. in K-Building, During U.C.C., ~~Warden Kinker~~ I was given a promotion in class to S-4.

On 5-4-99, I went through another U.C.C. hearing at which time Warden Kinker voided my promotion and changed my custody from Minimal In to Medium In, ("Calling it behavoral modification"), which resulted in me being placed in segregation in K-Building.

While in segregation I have been denied necessities and rights and subjected to mental, verbal, & physical abuses as follows:

(1) Being Subjected To Verbal, Mental, And Physical Abuse By K-Building Staff.

(A) Being Made To Miss Meals Because The Bosses Abuse Their Authority Because Administration And Rank Not Only Condone But Partici- In The Same Practice.

(B) Being Made To Sleep On The Floor For Several Hrs. Before Being Given A Mat To Sleep On.

(C) Staff, From CO3's To Capt Verbally Defaming And Degrading Offend- ers From Sun Up To Sun Down, Even To The Point Of Calling Offend- ers And Their Family Members Obscene Names.

(2) Not Being Allowed To Use Law Library Facilities

(A) Placed I-60's (8 In All), Requesting Time In The Law Library To Do Legal And Research Work Until Almost A Month Later (I To File A Grievance Before I Was Allowed To Utilize The Facility).

(B) Not Given Enough Supplies, (Paper, Pen, Carbons, ect.) To Do Either Personal Or Legal Work. Asked For 1983 Civil Rights Act Packet, Did Not Recieve One Until Grievance Was Submitted.

(3) Deprived Of Medical Attention And Medications:

(A) Submitted I-60's, Wrote Letters To Both Wardens, About various De- For Various Medical Problems. Medical Made Appointments. But Staff In K-Building Made Me Miss 5 Appointments Within A Month Period. (Until Grievance Was Submitted")

(B) Went Almost A Month Without Medications Because Some Some Had Expired And Other Being Confiscated, (Even Though They Were Still Current) By Bosses During "Shake-Downs".

(4) Medical Records Being Tampered With And Falsified:

(A) All Meds. Or Either Prescribed Or Renewed By The Doctor I Did See The Doctor Until 5-27-99, But Medical Records On Computer Show That My Scripts For Sinus Meds. Were Renewed On 5-26-99 Dr. Coranado Did Not Renew Them Until 5-27-99, I Did not

(3)

..The First Dosage Until 5-28-99. This Was A Ploy On Their Part To Make It Look Like I Had Lied About Being Made To Go Without Medication.

(5) Forced To Work In The Fields In Clear And Blatant Disregard For Medical Restictions.

 (A) Was Forced To Work In The Fields, (Even Though I Was Still Listed As Being In Segregation), For "2" Days, (5-24-99 And 5-25-99), In Searing Sun And Heat.

 (B) While In The Fields, I Suffered "4" Dizzy Spells On The First Day And "3" On The Second To The Point Of Collapsing, (No Medical Aid Rendered Even After Repeated Request Were Made) Due To Sun, Heat, Fatigue, And Elevated Blood Pressure. Knees Swollen, (Due To Fluid) And Were Inflamed With Pain.

  When I Notified Dr. Coronado About Being Made To Work In The Fields For "2" Days And About How I Had Suffered While Doing So, He Said, "There's Nothing That He Could Do, I Would Have To Work In The Fields If Bosses Wanted Me Too."

(6) My Mail Being Tampered With, Impeded, Altered, And Sometimes Destroyed.

 (A) Indigent Mail, (Both Personal And Legal), Taking Anywhere From "4" Days To "2" Weeks To Be Mailed, If Mailed At All.

 (B) I-60's Not Being Answered Or Returned To Offender.

 (C) Legal Mail Being Opened, Inspected, And Tampered With Without Offender's Knowledge Or Approval.

Attached Are Originals With Dept.'s Answers And Copies, (Simply Because Original Were Destroyed Or Never Returned To Me) That Will Substantiate All Claims & Allegations Cited.

 Also, On 6-5-99, While On The Dominguez State Jail Unit, I Suffered A "Broken Bone In My Foot", And It Took "18 Days" For Me To Recieve Proper Medical Treatment.