IN THE UNITED STATES DISTRICT COURT
FOR THE ____________ DISTRICT OF TEXAS
____________ DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 29 1999
MICHAEL N. MILBY, CLERK OF COURT

MICHEAL E. DERRY #630520
Plaintiff's name and ID Number

FABIAN DOMINGUEZ STATE JAIL
Place of Confinement

CASE NO. H-99-2093
(Clerk will assign the number)

v.

APPLICATION TO PROCEED IN FORMA PAUPERIS

WAYNE SCOTT / HUNTSVILLE
Defendant's name and address

I, Micheal Derry, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or from self-employment | Yes☐ | No☑ |
| b. Rent payments, interest or dividends? | Yes☐ | No☑ |
| c. Pensions, annuities or life insurance payments? | Yes☐ | No☑ |
| d. Gifts or inheritances? | Yes☐ | No☑ |
| e. Family or friends? | Yes☐ | No☑ |
| f. Any other sources? | Yes☐ | No☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

N/A

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes☐ No☑

If you answered **YES**, state the total value of the items owned.

N/A

2

ClibPDF - www.fastio.com

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐ No☑

If you answered YES, describe the property and state its approximate value.

N/A

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the 24 day of June, 1999.

Michael E. Perry #630520
Signature of Plaintiff ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

ClibPDF - www.fastio.com

[illegible]

[illegible] EDWARD [illegible]

[illegible]

0.00 TO HOLD [illegible]

0.00 [illegible] BA [illegible]

BALANCE TOTAL DEPOSITS [illegible]

0.00 [illegible]

[illegible]

0.00 [illegible]

OLD AMOUNT HOLD [illegible]

COUNTY OF Bexar

24th DAY OF June, 99. [illegible] UNALTERED [illegible] BY ME [illegible] REGARDING THE OFFENDER'S ACCOUNT [illegible]

Denise I. Spears

NOTARY PUBLIC STATE OF TEXAS

DENISE I. SPEARS

Commission Expires 03-17-2001

ClibPDF - www.fastio.com