99-CV-02093

Micheal Edward Derry
#630520 K5E-6
Fabian Dominguez State Jail
6535 Cagnon Rd
San Antonio Texas 78252

United States Courts
Southern District of Texas
FILED

JUL 21 1999   HC

Michael N. Milby, ~  of Court

To: The Clerk Of Court:

   Dear Sir, Would You Please File These Greevancies With My Federal Complaint Package. (H-99-2093). Which Was Filed By Your Office On 6-29-99.
   Your Time And Patience In This Matter Will Be Greatly Appreciated. Thank-You

RESPECTFULLY
Micheal Edward Derry
MICHEAL EDWARD DERRY

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## INMATE GRIEVANCE FORM
### FORMA PARA QUEJAS DE LOS PRESOS

| | STEP 2 |
| | PASO 2 |

Inmate Name: **MICHEAL DERRY**
Nombre Del Preso

Inmate TDCJ Number: **630520**
Numero Del TDCJ Preso

Unit: **DOMINGUEZ STATE JAIL**
Unidad

Housing Assignment: **K5E-006**
Vivienda Asignada

### OFFICE USE ONLY / Para Uso De La Oficina Solamente

Unit Number: **9922 0476**   UGC Date Rec'd: **MAY 20 1999**   RGC Date Rec'd: **MAY 28 1999**

Code: **414, 406**   RGC Number: _____

UGC Signature: **3**   RGC Signature: _____

INMATE'S REASON FOR APPEAL (State specific dissatisfaction) / RAZON QUE DA EL PRESO PARA APELAR (Especifique el motivo de su dis-
atisfaccion)

WITH THE EVIDENCE PRESENTED. ① FAILURE ON THE PART OF THE
ADMINISTRATION. "AFTER BEING NOTIFIED REPEATEDLY BY MYSELF", OF A
THREAT ON MY HEALTH & LIFE BY OFFENDER KAIN. TO REMOVE SAID THREAT
AND PROTECT MY PERSON. AS WARRANTED BY T.D.C.J.-I.D. RULES GOVERN-
THIS TYPE OF BEHAVIOR. ② THE ADMINISTRATION PLACING ME IN A SITUATION
AND LEAVING ME THERE, KNOWING MY LIFE WAS IN DANGER. IF ADMIN-
ISTRATION THERE HAD DONE WHAT AND ABIDED BY T.D.C.J.-I.D. RULE DIC-
TATES. I WOULD HAVE OR THE OTHER OFFENDERS WOULD HAVE BEEN MOVE
WHICH WOULD HAVE ELIMINATED THIS GRIEVOUS PROBLEM IN THE FIRST PLACE
I SHOULD HAVE NOT BEEN PUNISHED FOR WHAT ADMINISTATION FAILED TO
DO. "I DID ONLY WHAT ANY OTHER SANE PERSON WOULD HAVE DONE IF PLACED
IN THE SAME SITUATION."

Inmate's Signature / Firma Del Preso: *Micheal E. Derry*   Date / Fecha: 5-19-99

REGIONAL DIRECTOR'S Decision and Reason / Decision Del DIRECTOR REGIONAL y Razones:

Appeal denied. A thorough review of major disciplinary case # 990227642 has been completed.
No due process errors or procedural errors were noted. Regarding your specific point of appeal,
sufficient evidence was presented at your hearing to find you guilty of said offense. No valid
reason exists to warrant overturning this case.

Regional Director's Signature / Firma Del Director Regional   Date / Fecha: **JUN 14 1999**

If you are not satisfied with the Regional Director's Response, you may appeal to the Deputy Director through your Unit Grievance Coordinator.(See reverse side for further instruc-
tions.) / Si usted no esta satisfecho con la Decision del Director Regional puede apelar al Deputy Director por medio del Coordinador de Quejas de su Unidad (Vea el reverso
donde algunas instrucciones adicionales.)

I-128 (Rev. 3/92)   in -20

J0342/01

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## INMATE GRIEVANCE FORM
### FORMA PARA QUEJAS DE LOS PRESOS

| STEP 1 |
| PASO 1 |

Inmate Name: **MICHEAL Edward DERRY**
Nombre Del Preso

Inmate TDCJ Number: **630530**
Numero Del TDCJ Preso

Unit: **DOMINGUEZ**
Unidad

Housing Assignment: **E3-28 KSE-CCC**
Vivienda Asignada

Check if an emergency grievance: ☑ yes(si) ☐ no(no)
Marque si es una queja de emergencia

I object to the posting of issues presented in this grievance: ☐ yes(si) ☑ no(no)
No deseo que se publiquen los asuntos tratados en esta queja

### OFFICE USE ONLY / Para Uso De La Oficina Solamente

Unit Number: **99220476**

Code: **414, 406**

Date Received: **MAY 05 1999**

UGC Signature: **3**

---

Specify how and when informal resolution was attempted / Especifique como y cuando trato de hallar una solucion informal:

DURING INITIAL HEARING ON MAJOR CASE I TRIED TO SUBMIT EVIDENCE + EVEN A WITNESS THAT WOULD ATTEST TO THE FACT THAT I WAS ATTACKED ON BOTH OCCASIONS + WAS LEFT NO ALTERNATIVE BUT TO DEFEND MYSELF.

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. Attach additional pages if necessary.) / ESPECIFIQUE LA QUEJA (Incluya documentacion, nombre de cualquier testigo que certifique su queja y fecha del incidente. Agregue paginas adicionales si es necessario.)

ON 3-31-99 AT 11:30 P.M., OFFENDER KAIN ATTACKED + STARTED BEATING ON ME. I WAS LEFT NO CHOICE BUT TO DEFEND MY-SELF. TWO DAYS LATER, I WAS TRANSFERRED TO THE DOMINGUEZ UNIT. THREE WKS. LATER, I WAS INFORMED THAT I HAD BEEN WRITTEN A MAJOR CASE. ON 4-29-99, I WAS TAKEN TO COURT. DURING COURT I TRIED TO INTRODUCE EVIDENCE THAT I WAS ATTACKED BY OFFENDER KAIN. I EVEN HAD A WITNESS NAMED "RANDALL GRIMES" WHO LIVES IN D BUILDING AS AN EYE WITNESS TO THE ATTACK. THE CAPTAIN DISREGARDED MY EVIDENCE — SEE ATTACHED SHEET — ↓

ACTION REQUESTED / ACCION SOLICITADA: I WANT MY CONVICTION OVER TURNED, ANY + ALL GOOD TIME RESTORED, + BACK TO ORIGINAL CUSTODY LEVEL, GIVEN BACK PROMOTION IN CLASS + RECORD CLEARED.

Inmate's Signature / Firma Del Preso: **Micheal E. Derry**   Date / Fecha: **5-4-99**

---

WARDEN'S Decision and Reason / Decision del GUARDIAN y Razones:

This does not meet the criteria for an emergency grievance. Major disciplinary case #990227642 has been reviewed and no procedural errors were identified. It appears that there was sufficient evidence to support a guilty verdict. The punishment imposed was imposed was within established guidelines; therefore, there is no valid reason to warrant overturning this case.

Appeal Denied.

"IT FIGURES"

Warden's Signature / Firma Del Guardian   Date / Fecha: **5-11-99**

If you are not satisfied with the Warden's Response, you may appeal to the Regional Director through your Unit Grievance Coordinator. (See reverse for instructions)
tions) / Si usted no esta satisfecho con la Decision del Guardian puede apelar al Director Regional por medio del Coordinador de Quejas de su Unidad, donde hallara instrucciones adicionales.)

I - 127 (Rev. 3/90)

①

And Did Not Call My Witness Into The Hearing To Testify. As A Result, I Was Found Guilty & Assessed 15-15-15, 15 Days Commissary & Recreation Privi. + 15 Days Loss Of Good Time. At That Point The Capt. Turned The Tape Recorder Off & Told Me That When I Raised My Hand To Defend Myself, That Consti-Tuted Fighting & That's Why He Found Me Guilty. Then He Ad-Vised Me That The Next Time Someone Jumped Me, I Should Cov Up ~~Unth~~ And "Holler" Until Someone Came To Help.

All This Is Fine And Dandy. But Reality Is, I Was Atta By A Member Of The Arion Brotherhood, Making "Me The" Victi And As Everyone Knows, When A Confrontation Occurs Betwee You And A Gang Member, You Have No Other ~~Choice~~ But To Figh

The Captain Also Said I Was Found Guilty Because Of A Fight I Had In November. That Fight Was Because An Of-Fender Went Under My Bed & Stole A Hand Kercheif I Had Made For My Family For Christmas. I Reported It To The Offi-~~cers~~ On Duty. They Pulled Us Both Out Of The Tank & Ques-Tioned Us About The Matter. The Other Offender Admitted To Tak The Handkercheif. Nothing Was Done About This, ~~Is Ask~~ They Put U Both Back In The Same Tank. I Objected & Asked That Eithe I Or The Other Offender Be Moved. They Just Laughed About I And Walked Away. A Day Later, The Offener Said He Was Going To Whip My A__. Because I Had Snitched On Him & Attac Me. According To The Constitution Of The United States, I Have The Right To Protect My Life, Limb, Or Liberty Against Any Aggresser Without Fear Of Any Reprisal. But The Hirarchy On Dominguez, (Due To This Unfair Punishment), Has Shown A Total Disregard For My Constitutional Rights. By This Treatment I Am Being Victimized By Both The Offender & Supervising Staff

CutePDF · www.fineprint.com

Then To Add Insult To Injury. On 4-31-99. I Was Given A Promotion In Class To S-4. On 5-4-99. I Went Before The UCC Committee Again. This Time I Was Dropped From A Minimal In To To Medium In. Which Means I Am To Be Locked Up In A Cell That Boarder On Segregation. And My Promotion To S-4 Was Voided.

If This Is Not A Clear Cut Case Of Hatred & Discrimination" I Don't Know What Is.!!!

An Inmate Stole Something From Me & Then Jumped Me, The Other Offender Jumped Me Because I Would'nt Sell Him Medications & Kiss His A__. Even Though I Tried To Seek Help From Administration. (Which Can Be Proved By Attached) Documents. I Am Being Deprived Privilices. Given A Lower Custody Level. Lossing 15 Days Good Time. & Now Being Locked Down Like Some Sort Of Animal.

"I Am The Victim". I Did Everything I Could By T.D.C.J.-I.D Rule. Administration Did Nothing To Help Me. And When Assaulted. I Defended Myself In Order To Save My Life. & Now I Am Being Severely & UnConstitutionally Punished For It.

Is This Right???

And Now. Because Of The Actions On The Part Of Officials Here At The Dominguez Unit. Not Questioning My Witness To Offender Kain's Attacking Me Leaving No Alternitive But To Defend Myself Or Suffer Severe Physical Trauma Or Even Death. Placing Me In The Same Environmen. With Members Of These Same Gangs. ( K-Building). Taking My Priviledges Away. Good Time Loss. & Class Promotion.( Which Will Cause My Prolonged Stay In T.D.C.J.-I.D.. In My Opinion Is Nothing But "Retalliation". By Condoning Members Of The Officials Both The Dominguez & Garza West Units. I Feel Like A Lamb Being Placed In The "Slaughter Pen." If Any-Thing Should Happen To Me Here. It Is In Effidence Of The Total Disregard For Human Life & Practices Of Retribution On Behave Of Those Indiviuals Involved In This Mis-Carrage Justice.

"I Am The Victim Here In Everway And (No) One @ Could Give A-CAR E About It."

HELP!!!

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION
### INMATE GRIEVANCE FORM
FORMA PARA QUEJAS DE LOS PRESOS

| | |
|---|---|
| | **STEP 1**<br>**PASO 1** |

Inmate Name:
Nombre Del Preso: **MICHEAL DERRY**

Inmate TDCJ Number:
Numero Del TDCJ Preso: **630520**

Unit:
Unidad: **GARZA WEST**

Housing Assignment:
Vivienda Asignada: **D-3-18**

Check if an emergency grievance: ☑ yes(si) ☐ no(no)
Marque si es una queja de emergencia

I object to the posting of issues presented in this grievance: ☐ yes(si) ☐ no(no)
No deseo que se publiquen los asuntos tratados en esta queja

**OFFICE USE ONLY / Para Uso De La Oficina Solamente**

Unit Number: _____   Code: _____

Date Received: _____   UGC Signature: _____

---

Specify how and when informal resolution was attempted / Especifique como y cuando trato de hallar una solucion informal:

I'VE WRITTEN THE WARDEN + MAJOR, I'VE TALKED TO RANK CONCERN-
ING THIS PROBLEM, TO NO AVAIL.

---

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. Attach additional pages if necessary.) / ESPECIFIQUE LA QUEJA (Incluya documentacion, nombre de cualquier testigo que certifique su queja y fecha del incidente. Agregue paginas adicionales si es necessario.)

MY LIFE + THE LIVES OF EVERYONE IN THIS TANK IS BE-
ING PLACED IN DANGER BECAUSE THE STAFF HERE HAS NO RESPECT FOR
THE SAFETY + WELL BEING OF US AS HUMAN BEINGS. THE PROBLEM IS KNOWN
GANG MEMBERS OF THE MEXICAN MAFIA ARE ALLOWED TO RUN + REEK
TOTAL HAVOC ON THIS UNIT. WE HAVE FOUR MEMBERS OF THIS GROUP
ON OUR TANK. ONE INDIVIDUAL ALMOST LOST HIS LIFE BECAUSE THESE
ANIMALS ARE ALLOWED TO ROAM FREE IN GENERAL POPULATION. SOME
MEMBERS OF THE HISPANIC RACE ARE BEING FORCED TO PARTICIPATE IN FEAR
OF THEIR LIVES. IF SOMETHING IS NOT DONE A.S.A.P. TO NEUTRALIZE THIS
PROBLEM, THERE IS GOING TO BE A SITUATION WHERE SOMEONE WILL BE
(SEE ATTACHED SHEET)

---

ACTION REQUESTED / ACCION SOLICITADA: THESE INDIVIDUALS SHOULD BE REMOVED FROM GENERAL
POPULATION OR I WANT TO BE MOVED TO A SAFER PLACE TO FINISH
SERVING MY TIME.

*Micheal Derry*   2-9-99

Inmate's Signature / Firma Del Preso   Date / Fecha

---

WARDEN'S Decision and Reason / Decision del GUARDIAN y Razones:

COPY OF GRIEVANCE SENT TO WARDEN
ON GARZA WEST UNIT BUT AS OF THIS DATE
HAS NEVER BEEN SEEN OR HEARD OF BY
ME.   *Micheal Derry*
                          5-4-99

Warden's Signature / Firma Del Guardian   Date / Fecha

---

If you are not satisfied with the Warden's Response, you may appeal to the Regional Director through your Unit Grievance Coordinator (See reverse side for further instructions.) / Si usted no esta satisfecho con la Decision del Guardian puede apelar al Director Regional por medio del Coordinador de Quejas de su Unidad (Vea el reverso donde hallara instrucciones adicionales.)

I - 127 (Rev. 3/90)

J0336/01

2-4 99

DEAR SIR:

My NAME IS MICHEAL E. DERRY #630530, I AM CURRENTLY BE-ING HOUSED HERE AT THE GARZA WEST UNIT. I AM WRITTING TO YOU BECAUSE OF GANG ACTIVITY HERE, THE TOTAL DISREGARD FOR THE SAFETY OF INMATES BY ADMINISTRATION & BECAUSE I FEEL THAT MY LIFE IS BEING     THREATENED & PLACED IN DANGER NEED LESSLY. THE GANG PROBLEM ON THIS FARM IS BEING TOTALLY IGNORED BY SOME STAFF MEMBERS & CONDONED BY OTHERS. WHEN WE NOTIFI-ED   ADMINISTRATION ABOUT THIS PROBLEM, MY PLEAS HAVE FALLEN ON DEAF EARS. AND SOMETIMES WE ARE FACED WITH REPRIS BY MEMBERS OF THE GANGS BECAUSE SOME STAFF MEMBERS, OFFICE ARE EITHER A PART OF OR AFFILIATED TO THE VARIOUS GANGS HERE LIFE HERE, FOR THE BLACK PORTION OF POTULATION IS, FOR LACK OF A BETTER WORD, DEADLY. IF IT IS NOT BEING THREATENED BY GAN-IT IS BY BEING ABUSED & HARRASSED BY THE HISPANIC OFFICERS HER THE OFFICERS HERE ARE ALLOWED TO HARRASS & ABUSE THE BLACKS CONSTANTLY, EITHER VERBALLY ARE PHYSICALLY, ~~BY THE ARE~~ ~~MEXICAN GANGS~~. NOTIFYING ADMINISTRATION HERE ABOUT PROBLEM ON THE TANKS IS A JOKE. THEY EITHER TOTALLY IGNOR YOUR PLEA OR     HARRASSE YOU BECAUSE YOU CITED THE PROBLEM TO THEM. SOMETHING HAS TO BE DONE A.S.A.P. ARE THERE WILL BE TROUBLE AND/OR EVEN SOME BLOOD SHED. I AM ASKING FOR YOUR HELP IN THIS GRAVE MATTER OR FOR YOU TO MOVE ME OFF THIS FARM PLEASE. YOUR ATTENTION TO & COOPERATION IN THIS MATTER WILL BE GREATLY APPRECIATED.     THANK-YOU

Micheal E Derry
#630530 D-3-18
Garza West

"LETTER SENT TO
INTERNAL AFFAIRS
IN HUNTSVILLE"

SERIOUSLY HURT OR EVEN KILLED. THE TOTAL DISREGARD OF THE PLEAS FOR HELP ON THE PART OF INDIVIDUALS, SUCH AS MYSELF IS IN VIOLATI OF MY RIGHTS AND T.D.C.J.-I.D. SECURITY POLICY. THESE INDIVIDUAL POSE A THREAT TO THE OPPORATION OF THIS UNIT BY ~~INCITEND~~ INCITI VIOLENT BEHAVIOR. THEY ARE TRYING TO RUN THE TANK UNDER THE GUIS OF SO CALLED "RESPECT". SOME OFFICERS ARE CONTRIBUTING TO THE PROBL BECAUSE THEY ARE MEMBERS OF OR CONDONE THE PRACTICES OF THESE PEOPLE. AND IF THE ADMINISTRATION HERE WILL NOT DO ANYTHING ABOU THIS PROBLEM. THEN OTHER STEPS WILL HAVE TO BE TAKEN TO INSURE THE SAFETY OF EVERYONE WHO MAY BE AFFECTED BY THIS CLEAR & PRESENT DANGER. THEY ARE TRYING TO PIT MEXICANS, WHITES & BLACKS AGAINST EACH OTHER. THEY WANT TO RUN THE TANK & EVEN TELL US THAT IF WE HAVE ANY PROBLEMS, THAT BEFORE WE CAN NOTIFY THE OFFICERS OF IT, WE WILL HAVE TO GET THEIR PERMISSION AN OR APPROVAL. THIS IS TOTALLY UNACCEPTABLE.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**
**INMATE GRIEVANCE FORM**
FORMA PARA QUEJAS DE LOS PRESOS

<table>
<tr><td></td><td colspan="2" style="text-align:center">STEP 2<br>PASO 2</td></tr>
</table>

Inmate Name: MICHEAL DERRY
Nombre Del Preso

Inmate TDCJ Number: 630520
Numero Del TDCJ Preso

Unit: DOMINGUEZ BX/098
Unidad

Housing Assignment: K5E-6
Vivienda Asignada

---

**OFFICE USE ONLY / Para Uso De La Oficina Solamente**

Unit Number: 99238382     UGC Date Rec'd: JUN 01 1999     RGC Date Rec'd: JUN 07 1999

Code: 018   201     RGC Number: _____     3b

UGC Signature: 3     RGC Signature: HW

---

INMATE'S REASON FOR APPEAL (State specific dissatisfaction) / RAZON QUE DA EL PRESO PARA APELAR (Especifique el motivo de su dissatisfaccion): IF I WERE PHYSICALLY ABLE TO GO OUT IN THE FIELD THAN WHY, (WHEN I FIRST ARRIVED ON THIS UNIT). WAS I ASSIGNED TO WORK IN "NECESS ITIES. AND WHILE WORKING IN NECESSITIES I WAS MADE TO STAND FOR HOURS SORTING CLOTHES, WHICH RESULTED IN MY HAVING TO GO TO THE INFIRMARY DUE TO MY KNEES BEING SWOLLEN, (TO THE SIZE OF SOFT BALLS + INFLAMED WITH PAIN). AT WHICH TIME, UPON EXAMINATION BY DR. CORONADO, HE PROMPTLY ORDERED EXRAYS TO BE TAKEN OF BOTH KNEES. THEN HE ADDED "TWO" MORE RESTRICTIONS TO MY HS18 ± ① NO PROLONGED STANDING (WHICH WAS DELETED FROM MY HS18 ON GARZA BECAUSE I HAD FILED A GRIEVANCE BECAUSE AN OFFICER THERE MADE ME STAND FOR OVER "2" HRS). AND ② A 4 HR. WORK RESTRICTION, BECAUSE BEING MADE TO STAND-UP + CONSTANTLY BENDING OVER WAS CAUSING

Micheal Derry     5-31-99     "SEE ATTACHED SHEET"
Inmate's Signature / Firma Del Preso     Date / Fecha

---

REGIONAL DIRECTOR'S Decision and Reason / Decision Del DIRECTOR REGIONAL y Razones:

The Step 1 answer has addressed your complaint. You have not given a good reason for this office to review your claims further. No action will be taken.

JUN 28 1999

Regional Director's Signature / Firma Del Director Regional     Date / Fecha

If you are not satisfied with the Regional Director's Response, you may appeal to the Deputy Director through your Unit Grievance Coordinator.(See reverse side for further instructions.) / Si usted no esta satisfecho con la Decision del Director Regional puede apelar al Deputy Director por medio del Coordinador de Quejas de su Unidad. Vea al donde hallara instrucciones adicionales.)

I-128 (Rev. 3/90)     7-11

Me Extreme Stress & Physical Pain. He. (Dr. Cox-Nadd) Told Me Not To Allow Them To Work Me Against My Restrictions & For Me Not To Stand Up For No More Than 20-30 Mins At The Most & Then Sit Down As To Not To Aggrivate My Knee Condition (I Have Fluid On Both Knees).

Even While Working In Necessities. Lt. Freeman Would Not Place Me On Second Shift Necessities Because It Would Be Too Strinuos For M

As You Can See By The Answer Warden Kinker Gave For Denying My Grievance. It Is Crystal Clear How Administration Blatantly Dis Regards The Medical Restrictions Of Offenders On This Unit.

And With Administration Feeling This Way. It Is Obvious To See And Understand Why Staff. "Physically. Mentally. & Verbally". Abuse Their Authority & Offenders Alike.

The Real Reason Why I Am Being Abused & Denied My Legal Rights Is Because I Have Cited & Brought To Light The Horrendous Mistreatment Of Offenders On This Unit By Both Administration & Staff.

My Mis-Treatment Can Only Be Seen As Nothing But "Retalli-Ation" On The Part Of "Warden Kinker". As Perpetrated By Staff Under Him.

There Should Be An Investigation Conducted Immediately Of Warden Kinker & His Administration Concerning Abusive Behavor & Unwarrante Use Of Force On Offenders. & Punishment Should Be Immediate & In-Clude Transferring Personell And/Or ~~Personell~~ Termination Of "All Individuals Involved".

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# STEP 1

PASO 1

## OFFENDER GRIEVANCE FORM
### Forma Para Quejas de los Preso

OFFICE USE ONLY
Para Uso De La Oficiana Solamente

Grievance #: 9923 8382
Date Received: MAY 25 1999
Date Due: 7/4/99
Grievance Code: 618
Investigator Number: ID314

Offender Name: MICHEAL DERRY    TDCJ# 630520
Facility: DOMINGUEZ    Housing Assignment: K5·E6
Can we post this issue?    Yes ☐    No ☐

You must try to resolve your problem with a supervisor or department head before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. How did you try to solve your problem? Who did you talk to?

WILSON + LEWIS + CORANADO CAPT. + LT. + CO3    AT 12:15 P.M
WILLIAMS

Printed Name    Rank/Title    Shift/Department

When did you talk to them? 12:15 PM 5-24-99    Where did you talk to them? RETURN OUT GATE

What did they say? THEY DID CARE ABOUT MY RESTRICTIONS + WORKED ME ANYWAY

What action was taken to resolve the problem? "THEY MADE ME WORK AGAINST MY RESTICKTION"

Emergency?    Yes ☑    No ☐    If you feel this is an emergency, tell us how you are at risk of injury or harm. MY KNEES ARE SWOLLEN + MY BACK IS PAINFUL + SOAR + MY BLOOD PRESSURE IS SKY !!

State your grievance. Be brief but clear. List the date this happened and any witness names. If this is a disciplinary appeal, tell us the disciplinary report number. _____ Do not use more than one extra page to state your grievance. Extra pages will be returned

ON 5-24-99, I WAS MADE TO GO OUT + WORK IN THE HOE SQUAD WHEN IT WAS CLEARLY IN VIOLATION OF ALL MY MEDICAL RESTRICTIONS. WHICH ARE ① NO PROLONG STANDING. ("I WAS FORCED TO STAND UP FOR 3 HRS. WITH NO REST") ② NO BENDING. ("I WAS FORCED TO USE A HOE FOR 3HRS. WHICH RE-QUIRED MY CONSTANT BENDING.") I ③ I HAVE ASTHMA + A SEVERE CASE OF SINUS + DUE TO ALL THE DIRT, DUST, POLLEN + SERING HEAT I EXPERIENCE SHORTNESS OF BREATH TO THE POINT WHERE I BARELY COULD BREATH. ④ I HAVE HIGH BLOOD PRESSURE, WHICH WAS 152/98 THE SAME MORNING DURING

Action Requested to Resolve your Complaint. Disciplinary action against staff is not a remedy available.

THE ADMINISTRATION ON THE DOMINGUEZ UNIT IS BIGOTED + OUT OF CONTROL + AS LONG AS I AM HERE, MY LIFE IS IN ~~THESE~~ PARALLCOUS DANGER. I WANT TO BE TRANSFERRED IMMEDIATELY!!!

Offender Signature: Micheal Derry    Date: 5-24-99

Administration's Decision

This does not meet the criteria for an emergency grievance.
Your current job assignment is in compliance with your medical restrictions.
If you feel that your medical classification does not properly reflect your
medical condition, submit a sick call request asking for a review.

Grievance Denied.

Authorized Decision Maker Signature: _____    Date: 5/26/99

Nurse Sick Call At 8:10 Am. During The 3 Hrs. That I Was Forced To Work By Capt. Wilson, I Experience Dizziness To The Point Where I Fell To My Knees On Three Occassion Panting & Gasping In Desperation Trying To Catch My Breath And Try To Keep From Passing-Out Due To The Heat & Fatigue. The Capt. Just Stood There As Though Nothing Was Happening. The Other Offices Started Teasing Me. Calling Names Like, "Lady," Broke Dick, Infirmary Man, Ect... To Them. My Pain & Suffering Was Laughfable Funny. When I Made Mention Of The Pain I Was In, I Was Told That I Should Start Acting Like A Man Instead Of A Girl. —

On The Way Out, They Had Us Standing At The Back Gate For Almost 20 Mins. My Knee Began To Swell & Hurt. I Sat Down Due To Pain. Boss "Coranado" Stood Over Me Shouting At Me Telling Me To Get Up. I Tried To Explain To Him That I Had A No Prolong Stan Restriction & That My Knees Were Swollen & Hurting & That My Blood Presure Was Up & My Head Was Hurting. Boss "Coranado". Still Shouting, At This Time Started Threatening Me. Telling Me That He Was Going To Write Me Up For "Laying It Down". This Was A Lie. Then He Called For Lt. Williams Lewis & Tried To Lie And Tell Him I Was Laying It D... The Lt. Came Over To Talk To Me. I I Tried To Explain To Him About My Problem. He Told Me To Go & Stand At The Back Door Leading To Medica I Did. Then About 10 Mins Later. One Of The Bosses Came And Got Me Saying He Had Personally Checked My Restrictions & That They Could Work Me Ou In The Field. On The Way Out. Lt. Williams Lewis Stopped Me & Told Me, "W Being In K-Dorm. Any Case Would Hurt Me. That No Prolonged Standing Meant He Could Work Me For Up To 45 mins. & That It Was Only Exercise". And Even After All My Pleadings. I Was Forced To Get A Hoe. March Out To Th Field & Put To Work In Sering Sun & Heat As Though I Had Said Nothing Placing Me In Danger Of Callapsing & Dying Needlessly.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# STEP 1 OFFENDER GRIEVANCE FORM

PASO 1

Forma Para Quejas de los Preso

OFFICE USE ONLY
Para Uso De La Oficiana Solamente

Grievance #: 9924 9890

Date Received: JUN 04 1999

Date Due: 7-19-1999

Grievance Code: 304

Investigator Number: I 0314

Offender Name: MICHEAL DERRY   TDCJ# 630520

Facility: DOMINGUEZ   Housing Assignment: K5E-6

Can we post this issue? Yes ☑ No ☐

You must try to resolve your problem with a supervisor or department head before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. How did you try to solve your problem? Who did you talk to?

KINKER, SAUCEDO, STAFF   MAIL ROOM   WARDEN CO3 CIVILIAN   ALL

Printed Name   Rank/Title   Shift/Department

When did you talk to them? EVERYDAY FOR A MO.   Where did you talk to them? K-DORM, I GO, LETTER

What did they say? THEY'VE IGNORED ME & HAVE CONTINUED THE PRACTICES

What action was taken to resolve the problem? NONE AT ALL, IT IS STILL GOING ON

Emergency? Yes ☐ No ☑ If you feel this is an emergency, tell us how you are at risk of injury or harm. _____

State your grievance. Be brief but clear. List the date this happened and any witness names. If this is a disciplinary appeal, tell us the disciplinary report number. _____ Do not use more than one extra page to state your grievance. Extra pages will be returned

ON THREE DIFFERENT OCCASSIONS, UPON RECEIPT, I HAVE NOTICED THAT MY MAIL (LEGAL) HAD BEEN OPENED WITHOUT BOTH MY PERMISSION & WITH ME NOT BEING PRESENT. ACCORDING TO RULE 3.9.2.1 OF THE T.D.C.J. OFFENDER HANDBOOK, "OFFENDER MAY WRITE & RECEIVE "SEALED" & "UNINSPECTED" LETTERS DIRECTLY TO & FROM MEMBERS OF THE TEXAS BOARD OF CRIMINAL JUSTICE THE DIRECTOR & ALL ASST. DIRECTORS & WARDENS OR FACILITY ADMINISTRATORS OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE. SEALED & UNINSPECTED MAIL FROM & TO OFFENDERS SHALL NOT BE OPENED FOR INSPECTION OR IMPEDED OR DELAYED IN ITS TRANSMISSION. EXCEPT AS PROVIDED IN "SEE ATTACHED SHEET

Action Requested to Resolve your Complaint. Disciplinary action against staff is not a remedy available.

THE RULES ARE EXPLICIT & PERFECTLY CLEAR. EVEN A 2 YR. OLD CAN COMPREHEND THE. "LEAVE MY LEGAL MAIL ALONE & FOWARD IT. (COMING & GOING) AS PER THE RULE

Offender Signature: Micheal Derry   Date: 6-5-99

Administration's Decision

Review of this matter reveals no evidence to support your claims.  No further action will be taken.

Grievance Denied.

Authorized Decision Maker Signature: 713 Armla   Date: JUL 07 1999

Rule 3.9.2.2. Herein If Addressed To Or Received Fr.. : Any Court Of The Or Any Of The States Of The U.S.; Any Member Of The Legislatures Of The U. States Of The U.S. Or Any Member Of Congress Of The U.S.; The President Of The U.S. Or The Governor Of Any State Of The U.S.; The Attorney General Of The U.S. Or Any Attorney In The U.S. Department Of Justice; The Direc-Tor Or Any Agent Of The Federal Bureau Of Investigation Or Any State Or Local Police Agency; The Attn. General Or Any Asst. Attn. General Of An State; Any Member Or Commissioner Of The Texas Board Of Pardons & Parole The Director Or Asst. Director Or Any Official Of Any Local, State Or Federal Governmental Agency.

All Outgoing Special Correspondence Shall Be Sent Sealed & Uninspected Whether Or Not Addressed To A Specific Named Official. Incoming Special Correspon Dence From A Specific Named Official Will Be Delivered To The Offender Seale & Uninspected. Incoming Special Correspondence Not From Specific Named Off-Cial May Be Opened & Inspected For Contraband Only. The Inspection Shall B. In The "Offender's Presence". All Incoming Special Correspondence Envelope Shall Be Prominently Stamped As Received By T.D.C.J. Or Cancealed So That Frank Government Envelopes Cannot Be Reused.

Rule 3.9.2.2. Explains The Only Exceptions To Rule 3.9.2.1= In Individual Cases Where Probable Cause Exists To Believe These Correspondence Rules Or The Law Is Being ~~Broken~~ Violated Thereby. Incoming Special Correspondence May Be Opened And Inspected Upon "Obtaining Written Permission Of The Director. O In His Absence A Designated Asst. Director". Such Inspection May Only Be In T Presence ^ Of The Offender & Only For The Purpose Of Detecting Enclosures Constitutin g Contraband; It Must Take Place Within Forty-Eight (48) Hours Of The Receipt Of The Correspondence In The T.D.C.J. "No" Correspondence" Between Offender Any Special Correspondence "May Be Read". A Written Notice Of Inspection Shal Be Sent To The Sender Within Seventy-Two (72) Hours Of Obtaining Writte Consent.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# STEP 1
**OFFENDER GRIEVANCE FORM**

PASO 1

Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente

Grievance #: 99255808
Date Received: 6/14/99
Date Due: ~~623 504~~ 7/14/9
Grievance Code: 623504
Investigator Number: I0314

Offender Name: MICHEAL DERRY   TDCJ# 630520

Facility: DOMINGUEZ   Housing Assignment: K5E-6

Can we post this issue?   Yes ☑   No ☐

---

You must try to resolve your problem with a supervisor or department head before you submit a formal complaint. The <u>only</u> exception is when appealing the results of a disciplinary hearing. How did you try to solve your problem? Who did you talk to?

MR. TREBBLE, DR. CORANDA, PA. GONZALES   MEDICAL STAFF   DAY

Printed Name / Rank/Title / Shift/Department

When did you talk to them? DURING VISITS   Where did you talk to them? INFIRMARY

What did they say? WAIT UNTIL IT HAPPENS AGAIN

What action was taken to resolve the problem? NONE AS USUAL!

Emergency? Yes ☑ ~~No ☐~~ If you feel this is an emergency, tell us how you are at risk of injury or harm. I HAVE BLOOD-BLISTERS UNDER BOTH FEET, ONE HURT SO BADLY, I'M WAITING FOR XRAYS TO SEE IF IT IS BROKE

---

State your grievance. Be brief but clear. List the date this happened and any witness names. If this is a disciplinary appeal, tell us the disciplinary report number. _____ Do not use more than one extra page to state your grievance. Extra pages will be returned.

ON ABOUT 5-10-99. I WAS SEEN BY DR. CORANADO. AT WHICH TIME WE DISCUSSED VARIOUS PROBLEMS THAT I WAS EXPERIENCING. HYPERTENTION. SINUS. FLUID ON BOTH MY KNEES.& PROBLEMS WITH GETTING PROPER FOOTWEAR. WE HAVE WORKED ON EVERY THING. BUT THE PROBLEM WITH FOOTWEAR HAS GOTTEN WORSE.

THE BOOTS & WINOS DO NOT FIT. GIVE ENOUGH CUSHION TO THE BALLS OF MY FEET.& DO NOT PROVIDE ANY KIND OF SUPPORT FOR MY ARCHES OR ANKLES. DR. CORANADO WOULD ONLY GIVE ME A PAIR OF INSOLES.& AS A RESULT, BLOOD-BLISTERS HAVE FORMED UNDER THE BOTTOM OF BOTH MY FEET. BECAUSE OF THESE

"SEE ATTACHED SHEET"

---

Action Requested to Resolve your Complaint. Disciplinary action against staff is not a remedy available.

I WANT A PAIR OF SHOES THAT MEET MY MEDICAL CONDITION NOW BEFORE I ~~WIND~~ END UP WITH A BROKEN FOOT. ANKLE. ECT.

Offender Signature: Micheal Derry   Date: 6-11-99

---

Administration's Decision

```
This does not meet the criteria for an emergency grievance.
There is no indication that you have been denied appropriate medical treatment.
This office defers to the professional judgment of the unit Doctor and will take
no action on your behalf.


                    Grievance Denied.
```

Authorized Decision Maker Signature: _____   Date: JUL 13 1999

Blisters & The Extreme Pain Associated With Them. I Was Forced To Walk On The Sides Of My Feet. On 6-5-99, While Trying To Walk In This Condition. (Because Of The Poor Fitting Shoes). When I Went To Take A Step. (Placing My Weight). On My Right Foot). The Shoe Slipped Off My Foot. Causing It To Buckle & Twist Under Me. At That Moment. I Felt & Heard Something Snap, My Foot Immediately Swole Up To Twice It's Size. When I Went To The Infirmary. The Nurse On Duty. Applied An Ice Pack & Gave Me Motrin For Pain. It Was'nt Until 6-7-99. That's When My Foot Was Examined By P.A. Gonzales. He Ordered Heat Treatments. Xrays, Motrin To Relieve Pain & Swelling. Gave Me Cruc & Told Me To Keep My Foot Elevated. & He Would See How My Foot Would Respond Over A "7" Day Period. ( My Foot Was Xrayed Later That Same Day'

On 6-5-99. I Wrote A Request To The Head Of Medical Here. ( Mr. Tribble Explaining To Him ~~the Doctor~~ What Had Happened & The Reason It Happen Was Because Of Shoes That Do Not Fit, Provide Enough Cushion Or Support & How Because Of This. I Believe I May Have Broken A Bone In My Foot.

On 6-8-99. My Request Came Back. Mr. Tribble Said & I Quote." The Docto Will Address Your Footcare Needs. Put In A Sick Call Request.

On 6-10-99. I Sent A Sick-Call Request To Dr. Coranado Or P.A. Gonzales. In An Attempt To Be Issued A Pair Of Shoes That Would Resolve My Feet Problems.

On 6-11-99. I Was Seen By P.A. Gonzales. At That Time I Told Him. The Only Way To Prevent My Feet Problems From Reacuring. Would Be For Him To Issue Me Some Soft Sole Shoes In My Size. P.A. Gonzales. Told Me & I Quote." I Am Not Going To Give You Any Shoes. I'll Give You Some Thicker ~~Ba~~ Insoles For Your Boots & If The Problem Occures Again. Then And Only Then. Will We Discuss Getting Me Some Shoes." In The Mean Time. He Gave Me Some Mole-Skins To Put Over My Existing Blisters. Saying He Was Waiting To See How The Xrays Turn Out. ( A Whole Week Later)

This Can Only Be Construde As A Denial Of Medical Attention & A

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# STEP 1

PASO 1

## OFFENDER GRIEVANCE FORM

Forma Para Quejas de los Preso

**OFFICE USE ONLY**

Para Uso De La Oficiana Solamente

Grievance #: 99259791
Date Received: JUL 17 1999
Date Due: 7/27/99
Grievance Code: 200
Investigator Number: I0314

Offender Name: MICHEAL DERRY   TDCJ# 636520

Facility: DOMINGUEZ   Housing Assignment: KSE-6

Can we post this issue?   Yes ☑   No ☐

You must try to resolve your problem with a supervisor or department head before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. How did you try to solve your problem? Who did you talk to?

KINKER, CLASSIFICATION _____ WARDEN/STAFF _____ ALL

Printed Name _____ Rank/Title _____ Shift/Department

When did you talk to them? ON 5 DIFFERENT OCCASIONS Where did you ___ them? FROM K-DORM BY I GOT LETTER

What did they say? AS OF THIS GRIEVANCE NOT A WORD

What action was taken to resolve the problem? NOTHING HAS BEEN DONE AT ALL

Emergency? Yes ☑ No ☐ If you feel this is an emergency, tell us how you are at risk of injury or harm. THE YOUNGSTERS OUT NUMBER US + BECAUSE OF THIS WE (OLDER GUYS) ARE BEING INTIMIDATED + THREATENED

State your grievance. Be brief but clear. List the date this happened and any witness names. If this is a disciplinary appeal, tell us the disciplinary report number. _____ Do not use more than one extra page to state your grievance. Extra pages will be returned

ON THE FOLLOWING DATES (5-8, 24, 29, 31, + 6-13-99). I HAVE WRITTEN WARDEN KINKER + CLASSIFICATION "ASKING TO THE POINT OF BEGGING" THAT SOMETHIN BE DONE ABOUT THE YOUNGSTERS IN K-BUILDING. OVER THE PAST MONTH THEIR NUMBERS HAVE GROWN TO THE POINT WHERE THEY ARE OR HAVE B COME LITTLE "POSSES + GANGS". BECAUSE OF THEIR NUMBERS, THEY ARE BE- COMING MORE + MORE UNCONTROLLABLE + INCREASINGLY MORE VIOLENT. CA- IN POINT: ON 5-30-99. OFFENDER BOWMEN WAS ATTACKED + BEATEN SO S-SEVERELY BY TWO OTHER YOUNGSTERS, "ONE WEARING "STEEL-TOED BOOTS". "SEE ATTACHED SHEET"

Action Requested to Resolve your Complaint. Disciplinary action against staff is not a remedy available.

THAT ADMINISTRATION TAKE APPROPRIOT + IMMEDIATION ACTION TO ENSUR THE SAFETY + WELL BEING OF THE NON-VIOLENT OFFENDERS OF K-BUILDING

Offender Signature: Micheal Derry   Date: 6-16-99

Administration's Decision

This does not meet the criteria for an emergency grievance.
Housing decisions are not based on age of the offenders. Your housing locations
is based on an offender's classification, institutional adjustment, and the needs
of the department.

Grievance Denied.

Authorized Decision Maker Signature: _____   Date: JUL 11 1999

That He Required Medical Attention. They Not Only Pose A Threat To Other Offenders But Also To Staff Members. They Are Stealing Other Offenders' Property. "I Have Had Some Of Mine Taken", They Beat On Walls, Tables, Hoop & Holler All Day & Night Showing No Respect For No One, Not Even Themselves. When The Lady Bosses And Infirmary Female Personel Come On The Block They Go Completely Bezerk, Beating On Walls & Tables, Rattling The Doors To Their Cages, Yelling ~~Beat~~ Degrading & Obscene Remarks To Them. While In Transit To And From The Chow Hall & While In The Chow Hall, Their Behavor Is So Bad & Disruptive That It Sometimes Cause All Of The Other Offenders Back Here To Lose Some Of Their Privileges, Even Though We (The Older Offenders), Have Done Nothing Wrong. When We Try To Talk To Them, We Face Intimidation & Threats On Our Safety & Lives. And Even Though I Am An Offender Leaving Me Subject To This Type Of Behavor & In Danger Of Bodily Harm 24 Hrs. A Day Is Wrong & Inhumane.

While On The Garza West Unit, I Was Subject To This Same Type Of Treatment By Administration. There, After Many Attempts, "On My Bahalf", Seeking Protection From Those Violent Youngsters There (With All My Efforts Being "In Vain", I Was Attacked & Assaulted Twice. And Because Of This Total ~~Disregard~~ For My Safety By Administration There, I Wound Up Having To Defend My Life & As A Direct Result Of This, I Was Written Two Cases, "One A Major" Which Caused Me To Be "Victimized ~~Three~~" (Once By Two Offenders On Two Different Dates. & Then By The Administrasion On Garza West, When I Was Written Cases For Something I Could Not Help Or Control.

As It Seems Here On The Dominguez Unit, I Am Also Being Set To Be Victimized By Both Offender And Administration. Since All My Pleas For Help Are Being Ignored, It Is Clear That Administ-

tion Here Is Not Going To Do Anything Until Someone Is Serious Ly Injured, Hurt, Or Even Killed. "As In The Incident Where Offender Bowman Was Severly Beaten". This Could Have Been Avoided Because Three Days Before This Incident Accured. I Personally Wrote A Letter To Warden Kinker Informing Him Of The Problems That Were Accuring Here On K-Dorm. (Which Were Caused By These Same Youngsters.

In My Case "I Haven't Asked Administration To Take Me Off K-Dorm "As Yet". But I Have Asked That They Place Me In C-Cell. This Is A One Man Cell. There I Would Have Limited Contact With The Overly Aggressive + Violent Youngsters. (This Request Was Denied)

But There Is Even A Better Solution. One Where Offenders "Older + Non-Violent", Can Be Better Protected From These Animals." (Posing As Human-Beings).

There Are Two Sides To K-Dorm Back Here Where Medium Custody Offenders Are Housed, K-5 + K-4. Administration Could Seperate The Non-Violent Offenders. (The Older Ones). From The Violent Offenders. (The Younger Ones). By Placing Each Group In Their Own Holding Area. The Older Offenders In K-4 Or K-5 Or Vice-Versa. This Would Eliminate This Problem All Together. This Should Not Cause Any Problems For Administration. It Would Nt Call For Anymore Personel Because K-4 Is Used As An Overflow Tank For K-5. Right Now, There Are Other Offenders Housed The

Something Not Only Needs To Be Done, Something "Must Be Done + Done Immediately Before Someone Else Becomes A "Victim.

To Find Out Who The Trouble Makers Are Is Very Simple ① Ask K-Building Staff Who's Giving Them The Most Trouble + Check The Unit's Computers To See. Who Are Ones Catching Cases While In K-Building + Simply Seperate Them From The Rest. Also Remove All Know Or Suspected Gang Members, "It's That Simple"///

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# STEP 1
## OFFENDER GRIEVANCE FORM

PASO 1

Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente

Grievance #: 99259784
Date Received: JUN 17 1999
Date Due: 7/27/99
Grievance Code: 701 710, 804
Investigator Number: I034

Offender Name: MICHEAL DERRY        TDCJ# 630520
Facility: DOMINGUEZ        Housing Assignment: K5E-6
Can we post this issue? Yes ☑ No ☐

You must try to resolve your problem with a supervisor or department head before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. How did you try to solve your problem? Who did you talk to?

KINKER, SAUCEDO        WARDEN/CO3        ALL

Printed Name        Rank/Title        Shift/Department

When did you talk to them? EVERY DAY        Where did you talk to them? FROM K-BUILDING.

What did they say? ONE LIE AFTER ANOTHER

What action was taken to resolve the problem? I'M BEING SINGLED OUT & RETALIATED UPON!!!

Emergency? Yes ☑ No ☐ If you feel this is an emergency, tell us how you are at risk of injury or harm. THEY MIGHT EVEN GET OTHER OFFENDERS TO ATTACK ME, I DON'T TRUST ANY OF THEM NOW

State your grievance. Be brief but clear. List the date this happened and any witness names. If this is a disciplinary appeal, tell us the disciplinary report number. _____ Do not use more than one extra page to state your grievance. Extra pages will be returned.

ON 5-24-99, I PLACED 4 REQUEST SLIPS I BOTH THE MAIL BOX & LAW LIBRARRY REQUESTING BOTH INDIGENT & LEGAL SUPPLIES. I DID NOT RECIEVE ANY SUPPLIE AT ALL DURING THE WEEK OF 5-31 — 6-4. IT WAS ON 6-8-99 BEFORE I GO HALF THE SUPPLIES I HAD ORDERED ON 5-24-99. (15 DAYS) LATER. THEN I PLACE I GO REQUESTS FORMS ASK FOR PERSONAL & LEGAL SUPPLIES IN BOTH MAIL AGAIN IN K-DORM. ON "6/7-& 6/8". TODAY IS 6-17-99 & I HAVE NOT GOTTEN ANY SUPPLIES AT ALL. CHAPTER 3: RULE 3.97.1 STATES. "POSTAGE "SEE ATTACHED SHEET"

Action Requested to Resolve your Complaint. Disciplinary action against staff is not a remedy available.

EVERY UNIT FROM SAN ANTONIO TO BROWNSVILLE IS RUN EXACTLY THIS SAME WAY. "WE ARE ROUTINELY VICTIMIZED & ABUSED ON A DAILY BASIS. "I WANT TO BE SHIPPED TO A UNIT UP NORTH" ASAP

Offender Signature: Micheal Derry        Date: 6-17-99

Administration's Decision

This does not meet the criteria for an emergency grievance. Review of this matter reveals no evidence to support your claims. Although not finding in your favor, due to your allegations of retaliation for the use of the grievance procedure, your issue will be forwarded to the Internal Affairs Division for any action they deem appropriate.

Grievance Denied.

Authorized Decision Maker Signature: _____        Date: JUL 08 1999

a-127 (Rev. 7/96)

And Stationary "Must" be Made Available To indigent Offenders Including Those In Administrative Or Punitive Segregation. At Least Three "(3)" Times Per Week. I Believe This T.D.C.J. Rule Is Clear, There Are No Exceptions. I Am To Be Able To Recieve "Ample" ~~Amo~~ Amounts Of Indigent Supplies, Both Personal & Legal. Up To Three Times Per Week Not "Once Every Three (3) Weeks As It Is At Present In My Case. This Has Happened On A Number Of Occassions. Even Though I Have Written Warden Kinker, Boss Saucedo, & Internal Affairs. It Is Very Clear That In Warden Kinker's Lack Of Intrest & Concern, Demonstrated By His Not Doing Anything To To Correct The Fact That Boss Saucedo Is Depriving Me Of These Supplies Simply Because I Have Had To Write Numerous Grievances On Her & This Is How She Is "Retaliating Against Me For Doing So", Proves That He Is "Retaliating Against Me Also For Writting Grievances On Him Also For Not Running This Unit According To T.D.C.J-I.D Rules & Proceedures. They Are Also "Retaliating Against Me For Notify Internal Affairs Of How They Have Abused Their Authority & The Rights Of Every Offender" (Espesicially Those Of All Black Offenders On This Farm)." Every Employee, (Except A Select Few), From The Administration All The Way To Those Working In The Infirmary Have No Respect For The Rights Of Any Offender Or Any Of T.D.C.J-I.D. Departmental Rules Or Policies. "They Each Have Their Own Agenda, Making Up Their Own Rules As They Go Along."

Since As It States On The Grievance, "Disciplinary Action Against Staff Is Not A Remedy Available". Administration & Staff Here Run This Place, "Like A "German Concentration Camp." Offenders Here Are Subject To Verbal, Mental, & Physical Abuse On A Daily Basis." I Have Saught Relief In This Matter All The Way From S.O. Woods In Huntsville To Internal Affairs & Nothing Here Has Changed Other Than To Get Worse.

TEXAS DEPAR ENT OF CRIMINAL JUSTICE

# STEP 1
## PASO 1

**OFFENDER GRIEVANCE FORM**
Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente

Grievance #: 99263744
Date Received: 22 1999
Date Due: 08 1999
Grievance Code: 814 815
Investigator Number: IO34

Offender Name: MICHEAL DERRY   TDCJ# 630520
Facility: DOMINGUEZ   Housing Assignment: K5t-6
Can we post this issue?   Yes ☑   No ☐

---

You must try to resolve your problem with a supervisor or department head before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. How did you try to solve your problem? Who did you talk to?

KINIKER, CARR, RANK   WARDEN ASST. WARDEN, STAFF   ALL
**Printed Name**    **Rank/Title**    **Shift/Department**

When did you talk to them? DURING MAY   Where did you ... to them? ON DOMINGUEZ UNIT
What did they say? NOTHING NEVER ANSWERED LETTERS, I-0S OR GRIEVANCES
What action was taken to resolve the problem? NONE, IT HAS GOTTEN WORS...

---

Emergency? Yes ☐ No ☑ If you feel this is an emergency, tell us how you are at risk of injury or harm.

---

State your grievance. Be brief but clear. List the date this happened and any witness names. If this is a disciplinary appeal, tell us ti disciplinary report number. _____ Do not use more than one extra page to state your grievance. Extra pages will be returne...

AS STATED IN LETTERS, I-0S, & PREVIOUS GRIEVANCES, THE STAFF HERE ARE AB... BOTH THEIR AUTHORITY AS WELL AS OFFENDERS BY GIVING ORDERS IN DI RECT CONFLICT WITH T.D.C.J.-I.D. RULE. WHEN OFFENDERS ARE BEING TRANS FERRED FROM HOUSING AREA TO DINING HALL, THROUGH THE HALL WAYS. & OU ON THE COMPOUND, OFFICERS ABUSIVELY & CONSTANTLY ARE TELLING OFFENDE TO "BE QUIET". THIS PROBLEM MAY SEEM MUNDANE & INNOCENT, BUT THE STAFF M... THODICALLY USES THIS ORDER, (EVEN THOUGH IT IS AGAINST T.D.C.J.-I.D RU... TO DEPRIVE OFFENDERS OF THEIR RIGHTS AND PRIVILEGES, CLASS. & CUSTODY LEVEL.   "SEE ATTACHED SHEET"

---

Action Requested to Resolve your Complaint. Disciplinary action against staff is not a remedy available.
THAT OFFICERS, STAFF MEMBERS, ADMINISTRATORS, & ADMINISTRATIVE EMPLOYEE BE MADE FUL... AWARE OF ALL TDCJ RULES PERTAINING TO THE STANDARD OF BEHAVIOR OF OFFENDE AS PER TDCJ POLICY. AND FOR ALL ABUSE OF THESE RULES TO END IMMEDIATEL...

Offender Signature: Micheal Derry   Date: 6-21-99

---

Administration's Decision

While an inmate in the Texas Prison System, you will be given access to three meals a day so long as doing so does not affect the safety and security of staff or operations. It is the duty of the offender to comply with whatever reasonable rules the unit might have in order to obtain the food. Offenders are required to remain quiet as a means of maintaining security.

Grievance Denied.

Authorized Decision Maker Signature: _____   Date: 08 1999

I-127 (Rev. 7/96)

The Practice Is Rutine ! Simple!

Tell An Offender To Be Quiet. If The Offender Keeps On Talking, The Officer Then Repeats The Order. But This Time, (This Is Where The Abuse Comes Into Play). He Makes It A Direct Order. If The Offender Is Caught Talking Again. He Is Subject To Being Deprived A Wholesome Meal.(As Is His Right According To Chapter 1, Section III D, Rule 1). Recreation Privileges.(As Is His Right According To Chapter 1. Sect. III 6). ~~By Being~~ By Being Written A Case Which May Result In Loss Of Good Time, Out Date & Custody Level. These Actions Are Unauthorized And Made Moot By I.D C.J-I.D. Rules As Stated In (Chapter 1. Sect. N, Rule 17) Which States:

(17) It Is The Intent Of TDCJ To Have All Offenders Immediately Comply Wi Lawful Instrutions Or Orders. Offenders Will Obey Officers' & Staff M? Bers' Orders At All Times." As Long As That Order Does Not Place You Or Those Around You In Physical Danger Or Would Cause You To Violate A T.DCT Written Rule Or Policy". "In Such Cases, The Written Policy Almost A Would Supercede The Direct Order."

Paying Close Attention To The Underlined Section Of This TDCJ Rule. I Would Like You To Keep In Mind What It Says About "Written Policy Al- Always "Superceding The Direct Order". The Following Rules Or Written Policies That Are About To Be Cited Are The Ones Staff & Officers Are Breaking In Order, (Not To Keep The Unit Running Smoothly Or Or Derly But Simply To Abuse Offenders & Satisfy Their Own Vanities)".

The Rules / Policies Are As Follows:" Pertaining To Standards Of Be Behavior: ~~Chater~~ Chapter 1 Section III:

(C-14) Offenders Will Not Be Loud Or Boisterous. Offenders Will Not Use Vulgar Or Abusive Language." (Living Area)"

(D-2.1)(a) Offenders Will Not Talk Loudly Or Cut In Line.

(b) Offenders "Are" Allowed To Talk With Those Offenders At The Same Table As Long As It Is Kept Within Normal Conversation Levels & Does Not Become "Too Loud". "(Dining Hall)"

(F-1) Loud Talking. Arguing. Horse-Play. Slamming Dominoes Or Any Other

Type Of Disturbance W . Not Be Allowed." (Day. om Rules)"
(I-5) No Loud Talking Or Horseplay Will Be Allowed." (Hall Rules)"

As It Is Plain To See, Nowhere Does It Say In The TDCJ Handbook Of Rules & Procedures Does It State That An Offender Cannot Converse Or Talk To Another Offender. In Fact, As Per TDCJ Rule & Policy. It States Just The Opposite With The Only Exception Of Rules Pertaing To "Making Commissary". (H-

(H-2) Offender Will "Not" Talk In The Commissary Line.

In Light Of These Rules, Any Officer, Staff. Member, Or Administrative Employee, Giving An Offender, An Order To Stop Talking Completely, Whether Directly Or Indirectly," Except In The Case Of An Offender Making Commisary". Is ~~~~ Over Stepping His /Her Authority. If An Officer. Staff Member. Or Administrative Employee Writes A Case Or Cases A Offender For Not Obeying An Order. (Direct Or Indirect). To Stop Talking Is Him Or Herself In Clear Violation Of T.D.C.J. Rules & Policy And Any Attempt On Behalf Of Staff. An Officer. Or Administrator. I In All Instances 'Abusing ~~~~ T.D.C.J. Rule. Offender. Or Their Authority As Well As The Offender's Constitutional Right Of Freedom C Speech.

And Upon Any Officer, Staff Member. Or Administrator Issuing Any Offender A Case For Talking Anywhere Except In The Commiss: Line. The Case Should Be Dismissed. (Because It Is Made Void By TDCJ Rules And Policies. & Said Officer. Staff Member. Or Administrator Should At That Time Be Made Literate Of T.DCJ Rules & Policies Per Taining To The Offenders Right Of Speech As Per Affore Mentioned Rule.