UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
OCT 18 1999
Michael N. Milby, Clerk of Court

MICHAEL EDWARD DERRY §
TDCJ #630520 §
 §
versus § CIVIL ACTION H-99-2093
 §
WAYNE SCOTT, et al. §

## Collection Order

The plaintiff has moved to proceed as a pauper. He has not been assessed an initial partial filing fee because his inmate trust account has no money now.

1. The plaintiff shall pay $150, the full filing fee, in monthly installments. *See* 28 U.S.C. § 1915(b)(1).

2. The Texas Department of Criminal Justice shall deduct 20% of each deposit made to the plaintiff's inmate trust account and pay this to the court on a regular basis provided the account exceeds $10.00.

3. Within thirty days, the plaintiff must sign all documents that the agency having custody of him requires to authorize the necessary withdrawals from his trust account.

4. Service of process will be withheld until the screening is completed. 28 U.S.C. § 1915A.

5. Amendments or supplements to the complaint may be filed only with court approval in advance. A complete amended complaint must be attached to a motion to amend.

6. All discovery is stayed until the court orders an answer.

7. No motion for appointment of counsel may be filed until the court has completed its screening, which may include a preliminary hearing. 28 U.S.C. § 1915A; *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

8. The plaintiff must notify the court when he changes his address by filing a written notice with the clerk, and if he fails to do this, the court may dismiss his case for want of prosecution.

9. The plaintiff's motion for pauper status (#2) is granted.

10. The clerk shall send a copy of this order to the Office of the General Counsel, Post Office Box 13084, Capitol Station, Austin, Texas 78711; Facsimile: 512-936-2159, and Inmate Trust Fund, Post Office Box 629, Huntsville, Texas 77342-0629.

## Notice to the Plaintiff

A. If you do not wish to pay the filing fee, you must notify the court in writing within 30 days of this order that you wish to stop this case.

B. On receipt of the initial fee, the court will order the prison to make monthly withdrawals from your inmate account and forward them to the court until the balance is paid.

C. Payment of the filing fee will not prevent dismissal of the complaint if it is frivolous or malicious, fails to state a claim, or is seeking money from a defendant who is immune. If the case is dismissed for those reasons before the entire filing fee is paid, you will still have to pay the entire filing fee.

D. State law requires that good conduct time credit be forfeited as a sanction for a Texas prison inmate bringing a state or federal lawsuit that is dismissed as frivolous or malicious. TEX. GOVT. CODE ANN. § 498.0045 (1995).

Signed _____10 · 15_____, 1999.

_____
United States District Judge