UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 04 1999   GS

MICHAEL N. MILBY, CLERK OF COURT

11-2-99

99-2093

To The District Clerk Of Courts:

Dear Sir:

Be Advised, That This Is Petitioner's, Micheal Edward Derry, #635320, Formal Notice Of Address Change. The Texas Dept. Of Corrections Institutional Division Has Relocated Me To The Reid Facility, 10950 Beaumont Highway, Houston Texas 77078. And Petitioner Humbly Request That All Transmissions Of Judgements Or Orders Be In Connection With Litigations In Causes No. 4:99-CV-00719-3 And 4:99-CV-02093 Be Transmitted To Me, The Petitioner, By U.S. Mail At This Address.

And,

As Per Cause No. 4:99-CV-02093, Be Advised That The States Attorney General Had Until August 17, 1999 To File It's Answer Regarding This Cause, Which It Did File On August 16, 1999. But As Of This Writing, I, Micheal Edward Derry, Petitioner, Has Not Received Any Notice Of Judgement Concerning This Petition.

Please, I Humbly Ask, That If And When The Honorable Court Issues Any Orders, Findings, Or Judgements In This Litigation, That Your Office Would Please Forward Same To The Petitioner At His New Residence. Thank-You.

Sincerely
Micheal Edward Derry
Micheal Edward Derry
Petitioner / Pro Se
10950 Beaumont Hwy
Houston, Texas 77078

5