otranpr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 1 3 2000

Michael N. Milby, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | |
| (TDCJ #630520) | § | |
| | § | |
| v. | § | CIVIL ACTION H-99-2093 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

## OPINION ON TRANSFER

The plaintiff, a state prisoner proceeding pro se, brings this action against Texas prison officials who reside in Bexar and Bee Counties. The plaintiff sues Warden Gutierrez and Assistant Warden Garcia for violations of civil rights that occurred at the Garza Unit, which is in Bee County. The plaintiff also sues Warden Kinker and Assistant Warden Carr for violations of his civil rights that occurred at the Dominguez State Jail, which is in Bexar County. This case should be transferred to the district of the events.

There is no specific venue provision in the Civil Rights Act. 42 U.S.C. § 1391. The general venue rule says:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

28 U.S.C. § 1404(a).

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By
Deputy Clerk

6

Venue is proper in the Corpus Christi Division of the Southern District of Texas, since two defendants reside there and some events occurred there. Venue is also proper in the San Antonio Division of the Western District of Texas, because two other defendants reside there and some events occurred there. In the interest of justice, the plaintiff's claims against Warden Gutierrez and Assistant Warden Garcia are transferred to the United States District Court for the Southern District of Texas, Corpus Christi Division. The plaintiff's claims against Warden Kinker and Assistant Warden Carr are transferred to the United States District Court for the Western District of Texas, San Antonio Division. The court retains the plaintiff's claims against Wayne Scott.

Signed at Houston, Texas, _January 12_, 2000.

United States Magistrate Judge