IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 18 2000

Michael N. Milby, Clerk

MICHEAL EDWARD DERRY          §

V.                            §        C.A. No. C-00-26

WAYNE SCOTT, ET AL.           §

### PLAINTIFF'S ANWSER PERTAINING TO COURT'S NOTICE OF POWER TO CONSENT

To The Honorable Judge Of Said Court, I, (Micheal Edward Derry), #630520, Acknowledges Reciept Of The Court's Recent Correspondance In The Above Styled And Numbered Case As Per It's, "Notice Of Power To Consent", With All Do Respect To The Honorable Judge Ellington, Makes This His Formal Response To Court's Correspondance.

I, Micheal Edward Derry, #630520, Makes It Known To The Court, That He "Declines", As Per It's, "Notice Of Power To Consent." And Humbly Asks The Court To Allow The Litigation In This Case To Contenue To Proceed Through The Court's "Normal Docket" In The Honorable Judge Head's District Court And Asks The Court To Please Notify Me Of Any Further Proceedings, Judgements, Or Rulings In Said Case.

Respectfully Submitted
*Micheal Edward Derry*
Micheal Edward Derry
#630520
Ben Reid Correctional Facility
10950 Beaumont Hwy.
Houston, Tx. 77078

Executed On This The 13 Day Of February 2000.

11.