IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 0 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| **MICHAEL EDWARD DERRY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-26 |
| | § | Jury |
| **WAYNE SCOTT, ET AL.,** | § | |
| *Defendants.* | § | |

## MOTION TO APPEAR *PRO HAC VICE*

**TO THE HONORABLE JUDGE OF SAID COURT:**

The undersigned, an attorney at law licensed to practice in the State of Texas, hereby requests leave to appear as the attorney-in-charge on behalf of the Office of the Attorney General in the above-styled cause, submitting to the jurisdiction of this Court for disciplinary purposes and to the Local Rules of the Southern District, and certifying that she will be available for hearings on forty-eight hours notice.

In support of her motion, the undersigned represents that she is a member in good standing of the State Bar of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, and the Fifth Circuit Court of Appeals, and that she is diligently pursuing her application to the United States District Court for the Southern District.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
LORI M. TULLOS
Assistant Attorney General
State Bar No. 00797582

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANTS GARCIA AND GUTIERREZ**

## CERTIFICATE OF SERVICE

I, LORI M. TULLOS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion to Appear *Pro Hac Vice*** has been served by placing same in the United States Mail, postage prepaid, on this the 7th day of April, 2000, addressed to:

**Michael Edward Derry**
TDCJ-ID # 630520
Fabian Dominguez State Jail
6535 Cagnon Road
San Antonio, TX 78252
*Appearing Pro Se*

_____
LORI M. TULLOS
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MICHAEL EDWARD DERRY,** *Plaintiff,* | § § § | |
| v. | § § | **CIVIL ACTION NO. C-00-26** Jury |
| **WAYNE SCOTT, ET AL.,** *Defendants.* | § § § | |

## O R D E R

Be it remembered that on this day came on to be heard **Motion to Appear Pro Hac Vice**. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby **ORDERED, ADJUDGED** and **DECREED** that **said Motion to Appear Pro Hac Vice** be, and it is hereby **GRANTED.**

**SIGNED** on this the ____ day of _____, 2000.

_____
**PRESIDING JUDGE**