IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2000

Michael N. Milby, Clerk of Court

MICHAEL EDWARD DERRY §
§
V. § C.A. NO. C-00-26
§
WAYNE SCOTT, ET AL. §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before a United States Magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636 (c)(3).

SIGNATURE OF PLAINTIFF(S):              SIGNATURE OF DEFENDANT(S):

_____                  Defendants Garcia & Gutierrez
                                        by their attorney of record –
_____                  _____

## ORDER OF REASSIGNMENT

Upon the consent of the parties, it is ordered that this matter is assigned to the Honorable B. Janice Ellington, United States Magistrate Judge, to conduct all further proceedings, including final judgment.

_____                  _____
DATE                                    UNITED STATES DISTRICT JUDGE