United States District Court
Southern District of Texas
ENTERED

APR 1 4 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-26 |
| | § | Jury |
| WAYNE SCOTT, ET AL., | § | |
| *Defendants.* | § | |

O R D E R

Be it remembered that on this day came on to be heard **Motion to Appear Pro Hac Vice**. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby **ORDERED, ADJUDGED** and **DECREED** that **said Motion to Appear Pro Hac Vice** be, and it is hereby **GRANTED.**

**SIGNED** on this the 13 day of April, 2000.

_____
PRESIDING JUDGE