IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action No. C-00-26 | |
| § | Jury | |
| WAYNE SCOTT, ET AL., § | | |
| *Defendants*. § | | |

**DEFENDANTS GUTIERREZ AND GARCIA'S ADVISORY TO THE COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants Ernest H. Gutierrez and Roy A. Garcia, by and through their attorney, the Office of the Attorney General of Texas, and file this Advisory to the Court. In support thereof, Defendants respectfully offer the following:

**I.
STATEMENT OF THE CASE**

Plaintiff, Michael E. Derry, was an inmate confined within the Texas Department of Criminal Justice- Institutional Division (TDCJ-ID) at the time of the filing of this suit. Proceeding *pro se* and *in forma pauperis*, he brought suit under 42 U.S.C. § 1983, claiming that on March 31, 1999, he was attacked by another inmate, that he had previously requested a transfer from Defendants Gutierrez and Garcia.

**II.
PLAINTIFF HAS BEEN RELEASED**

Defendants' Original Answer and Jury Demand was returned to the undersigned, marked "Return to Sender, Released." Upon further investigation, the undersigned has discovered that Plaintiff was released from the custody of TDCJ-ID. *See* **Attachment A**.

To date, Plaintiff has not provided Defendant with notice of his new mailing address, and the undersigned is not aware where Plaintiff currently resides for purposes of service of pleadings.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
LORI M. TULLOS
Assistant Attorney General
Texas State Bar #00797582
Attorney-In-Charge

P. O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Phone No. (512) 463-2080
Fax No.   (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**
**GARCIA AND GUTIERREZ**

## CERTIFICATE OF SERVICE

I, LORI M. TULLOS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants Garcia and Gutierrez's Advisory to the Court** has been served by placing same in the United States Mail, postage prepaid, on this the 24th day of May, 2000, addressed to the Plaintiff at his last known address:

**Michael Edward Derry**  *Via CM/RRR No. P 329 148 962*
TDCJ-ID # 630520
Fabian Dominguez State Jail
6535 Cagnon Road
San Antonio, TX 78252
*Appearing Pro Se*

                                        _____
                                        LORI M. TULLOS
                                        Assistant Attorney General

```
CSIMF900/INI901/ASGN
NAME: DERRY,MICHAEL EDWARD            RACE/SEX:                   B/M
TDC NUMBER:        00630520  TYPE: ID MAX SENTENCE:               0006 00 00
PRIOR NUMBER:      00554918           PRJ REL DATE:               10 29 1999
BIRTH DATE:        11 01 1954         MAX EXP DATE:               03 18 2001
MEDICAL CLASS:     9
STATUS:            PERM INACTIVE      APPEAL/PROBATION CODE:
REC/DEP CODE:      DS
                                      TDC RECEIVE DATE:           12 22 92
UNIT:
DATE ASSIGNED:     10 29 99           PAROLE BOARD
RSN  ASSIGNED:     M.S. REL              VOTED PAROLE ACTION:
INMATE STATUS:     S3 W                  VOTED PAROLE DATE:
STATUS DATE:       09 02 99
                                      TDC CAL INITIAL PAROLE
SOLITARY STATUS:                      REVIEW DATE:                01 01 0001
TIMES IN SOLITARY: 00

DATE:   05 23 2000   TIME:   16191700
HOUSING UNIT:
JOB ASSIGNMENT:    000.607.100-001 UNASGN TRANSIENT
HSNG ASSIGNMENT:                      CUSTODY: MINIMUM IN
*'S DENOTE INVALID DATA   ENTER NEXT TDC NUM _____ OR SID NUM _____
```

ClibPDF - www.fastio.com