United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § § | |
| V. | § | CIVIL ACTION NO. C-00-26 |
| WAYNE SCOTT, ET AL. | § § | |

### ORDER TO SHOW CAUSE

On February 18, 2000, plaintiff filed a notice of his non-consent to proceed before a United States Magistrate Judge (D.E. 11). On May 25, 2000, defendants filed a notice advising the court that plaintiff had been released from the Texas Department of Criminal Justice (D.E. 17). The court has not received a notice from plaintiff advising of his new address.

Accordingly, plaintiff is ordered to show cause, within ten days of the date of this order, why his lawsuit should not be dismissed for want of prosecution.

ORDERED this ___5___ day of ___June___, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE