①

United States Courts
Southern District of Texas
FILED
JUN 0 9 2000
Michael N. Milby, Clerk

United States District Court
Southern District Of Texas
Corpus Christi Division

| | | |
|---|---|---|
| Micheal Edward Derry | § | |
| V. | § | Civil Action No. C-00-26 |
| Wayne Scott et al | § | |

Plaintiff's Order To Show Cause

To The Honorable Judge Of Said Court:

On Or About November 4, 1999, Plaintiff, Micheal Edward Derry, Did In Fact File A Written Notice Of Change Of Address With The Court, Via, The Clerk Of Courts, Here In Harris County, In Houston Texas, Showing His New Address, That Of, "The Ben A. Reid Facility, Which Is Ownen And Operated Under T.D.C.J.-I,D. Rules And Guidelines, By The Cornell Correctional Corporation. Said Facility Is Located At 10950 Beaumont Hwy. In Houston, Texas 77078.

Said Notice Was Filed Under It's Original Cause No. In The Court For The Southern District, Via United States Postal Service, To The Clerk Of Courts Under Cause No. "4:99-CV-020936."

If The Honorable Judge Would Please Contact The Clerk Of Courts Here In Houston Texas, It Can Be Varified That Plaintiff Derry Did, In Fact Submit To The Court, His Notice Of Change



Of Address Under Afore Mentioned Cause No.

Please Let It Also Be Known To The Court, That On April 2, 2000, All Of Plaintiff's Derry Legal Papers Were Confiscated By Staff Members Here At The Ben A. Reid Facility, Making It All But Imposible For The Plaintiff To Substanciate Or To Continue Litigation In Said Court In This Cause.

Plaintiff Derry Has Tried On Numerous Occassions To Re-Obtain His Legal Materials From The Administration Here At The Ben A. Reid Facility, To No Avail.

Plaintiff Derry Humbly Ask The Honorable Judge Of Said Court For His Help In This Matter By Issuing A Court Order Directing The Administration Here At The Ben A. Reid Facility, 10950 Beaumont Hwy., Houston Texas 77078 To Surrender And Return Any And All Of Plaintiff Derry's Legal Material Immediately.

Your Help And Cooperation In This Matter Will Be Greatly Appreciated.

Respectfully
Micheal Edward Derry
*Micheal Edward Derry*
#630520
10950 Beaumont Hwy.
Houston Texas 77078
Plaintiff

③

# "Sworn Affidavit"

I, Micheal Edward Derry, Under Penalty Of Perjury, Do Hereby State Under Oath, That All Statements Afore Stated Are True And Correct To The Best Of My Knowledge.

Sworn To This The 9 Day Of June 2000.

Micheal Edward Derry
*Micheal Edward Derry*
#630520
Plaintiff