SOUTHERN DISTRICT OF TEXAS

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**JUN 1 5 2000**

MICHAEL N. MILBY CLERK

Michael Edward Derry §
§
versus § CIVIL ACTION NO. CA-C-00-026
§
Wayne Scott, et. al. §

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the "Plaintiff's Order to Show Cause"; however, it is deficient as checked. (LR refers to the Local Rules of this District.)

1. ✓ Document is not signed. (LR11.1)   Signatures are photocopies.

2. ___ Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. ___ Document does not furnish required attorney information. (LR11.3.A.(1) through (6).

4. ___ No certificate of service or explanation why service is not required. (LR5.4)

5. ___ Motion does not comply as follows:

   a. ___ No certificate of consultation (LR7.1D)

   b. ___ No certificate of service of motion. (LR5.6)

6. ___ Other:

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: 06-15-00        _____
                      UNITED STATES DEPUTY CLERK

clkntcdf.new
02/07/2000

20.