# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

JUL 1 2 2000

MICHAEL N. MILBY CLERK

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (1861-2279)

**LAW CLERK:** --

**U. S. MARSHAL:** --

**INTERPRETER:** --

**DATE:** 7-12-00    **OPEN:** 3:00 p.m.    **CLOSE:** 3:15 p.m.

**CIVIL ACTION NO.:** C-00-26

Michael E. Derry                    **COUNSEL:** pro-se

VS.

Wayne Scott, et al.                 **COUNSEL:** Carlos Lopez

**(X) Proceeding** STATUS CONFERENCE (Conf. Call)

Case called. Court advises pltff that he must sent deft's atty a copy of every pleading he files. Court denies w/o prejudice DE#22. Dispositive Motion deadline extended to 9-15-00.

Court adjourned.