IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

# CONFERENCE CALL NOTICE

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | |
| | § | |
| V. | § | C.A. C-00-26 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

**TYPE OF CASE:**   __X__ CIVIL   _____ CRIMINAL

**YOU ARE HEREBY DIRECTED TO APPEAR
BY TELEPHONE CONFERENCE\* BEFORE:**

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
**(361) 888-3291**

TIME: __9:00 a.m.__   DATE: __Monday, October 16, 2000__

**PURPOSE OF PROCEEDING:**

*Scheduling Conference*

Michael N. Milby, Clerk

_Myna B. Alaniz_
By: Deputy Clerk

DATE: 10.5.00

cc:

Carlos Lopez
Asst. Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Fax: (512) 495-9139

Michael E. Derry
TDCJ #: 630520
10950 Beaumont Hwy.
Houston, TX 77078

\*Defendant to initiate call.

*Filed stamp: United States District Court, Southern District of Texas, FILED OCT 05 2000, MICHAEL N. MILBY, CLERK*