# CIVIL COURT MINUTES

**United States District Court
Southern District of Texas
FILED**

**OCT 16 2000**

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: B. JANICE ELLINGTON

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO. 1 (1-549)

LAW CLERK: —

U. S. MARSHAL: —

INTERPRETER: —

DATE: 10-16-00      OPEN: 9:05 AM      CLOSE: 9:25 AM

CIVIL ACTION NO.: C-00-26

Michael Edward Derry                        COUNSEL: Pro-se

VS.

Wayne Scott, et al                          COUNSEL: Carlos Lopez

(X) Proceeding Scheduling Conference

Case called. Court sets 60 day deadline for filing of JPTO. Dispositive mtn deadline is 30 days from today, pltff's response due 30 days after disp. mtn filing. Pltff advised he wished Judge Head to hear his case.

Court adjourned.