United States District Court
Southern District of Texas
ENTERED

OCT 17 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | |
| V. | § | C.A. NO. C-00-26 |
| WARDENS GUTIERREZ AND GARCIA | § | |

## ORDER SETTING DEADLINES

The following deadlines are set:

1. Discovery ends **Friday, December 1, 2000.**

2. Expert witnesses must be designated by: **Friday, December 2, 2000**. For any expert designated, a report in compliance with Fed. R. Civ. P. 26(a)(2)(B) must accompany the designation.

3. The original and one copy of the parties' joint pretrial order is due **Monday, December 18, 2000.** This satisfies the requirement of FRCP 26 (a)(3). Defendant will be responsible for the filing of a joint pretrial order, executed by the party *pro se* or the attorney-in-charge, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (2000). Defendant shall allow all parties at least **twenty (20) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-

prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default. The Clerk shall mail to plaintiff a copy of the form appearing at Appendix B of the Local Rules.

4. The deadline for filing dispositive motion is extended to **Monday, November 19, 2000.** Responses are due 30 days from the date of filing of the dispositive motion.

ORDERED this __16__ day of __October__, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE