IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL E. DERRY § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. C-00-26 |
| § | |
| WAYNE SCOTT, ET.AL. § | |
| Defendants. § | |

### DEFENDANTS' NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Ernest H. Gutierrez and Roy A. Garcia, Defendants, by and through their attorney, the Attorney General for the State of Texas, and submit this **Defendants' Notice of Initial Disclosure** pursuant to FED. R. CIV. P. 26:

### I.

Defendants hereby notify this honorable Court that they have made disclosure to the plaintiff as required by FED. R. CIV. P. 26.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
Deputy Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
CARLOS D. LOPEZ
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24007566

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS GUTIERREZ, AND GARCIA**

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General, do hereby certify that a true and correct copy of the above and foregoing **Defendants' Notice of Initial Disclosure** has been served by the United States mail, postage prepaid, on this the 18TH day of October 2000, addressed to:

Michael E. Derry   P 329 149 250
Ben A. Reid Facility
10950 Beaumont Hwy.
Houston, Texas 77078

_____
CARLOS D. LOPEZ
Assistant Attorney General

TikLO/cases/Derry/
Disclosure-initial

-2-