SOUTHERN DISTRICT OF TEXAS  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

NOV 0 7 2000

MICHAEL N. MILBY CLERK

Michael Edward Derry §
 §
versus § CIVIL ACTION NO. CA-C-00-26
 §
Warden Gutierrez, et. al. §

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the <u>Motion of Entry</u>; however, it is deficient as checked. (LR refers to the Local Rules of this District.)

1. ____ Document is not signed. (LR11.1)

2. ____ Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. ____ Document does not furnish required attorney information. (LR11.3.A.(1) through (6).

4. ✓ No certificate of service or explanation why service is not required. (LR5.4)

5. ____ Motion does not comply as follows:

   a. ____ No certificate of consultation (LR7.1D)

   b. ____ No certificate of service of motion. (LR5.6)

6. ____ Other:

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: 11/7/00                              _____
                                           UNITED STATES DEPUTY CLERK

clkntcdf.new
02/07/2000

30.