United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | 31. |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-26 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

## ORDER DENYING MOTION FOR JOINDER

Plaintiff's motion for joinder of cases pending in other jurisdictions (D.E. 28) is denied. Plaintiff's cause of action for failure to protect arose out of events occurring in Bee County. Shortly after plaintiff was injured in Bee County he was transferred to the Dominguez State Jail facility, located in the San Antonio Division of the Western District of Texas. The events which occurred at that facility are unrelated to this case.

ORDERED this ___7___ day of __November__, 2000.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE