United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL EDWARD DERRY  §
                     §
V.                   §   CIVIL ACTION NO. C-00-26
                     §
WAYNE SCOTT, ET AL.  §

## ORDER

Plaintiff has filed a pleading entitled "motion of entry" (D.E. 30). In it he appears to be requesting that the court consider the exhibits attached to his motion. Plaintiff failed to indicate why he submitted the materials to the court and what type of relief he is seeking. If plaintiff wishes to amend his complaint, he should file a motion for leave to amend his complaint. If plaintiff wishes for the documents to be considered as exhibits during his trial, then the documents' admissibility will be considered by the District Court at the time of trial. To the extent plaintiff intended to request relief, the motion is denied without prejudice. The materials will remain as part of the court file and will be available at trial. If plaintiff wishes to request any further relief, he must certify that he mailed a copy of all his materials to counsel for defendants and he must specify the relief he desires.

ORDERED this ___8___ day of __November__, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE