IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2000

Michael N. Milby, Clerk

| | |
|---|---|
| *MICHAEL EDWARD DERRY,* § | |
| Plaintiff, § | |
| § | |
| *v.* § | Civil Action No. *C-00-26* |
| § | |
| *WAYNE SCOTT, ET AL.,* § | |
| Defendants. § | |

## NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Carlos D. Lopez, Assistant Attorney General for the Office of the Attorney General of Texas, and files this Notice of Designation of Attorney-In-Charge. In support, the undersigned would respectfully show the Court the following:

### I.

The above referenced cause of action has been internally reassigned within the Office of the Attorney General. The undersigned has been assigned to assume primary responsibility for this case in place of Lori Tullos, who is no longer employed with the Office of the Attorney General. This new Attorney-In-Charge is familiar with the file and will comply with all scheduling orders. The undersigned further requests that all future documents in this matter be forwarded to:

Carlos D. Lopez
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Capitol Station
Austin, Texas 78711.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the forgoing **Notice of Designation of Attorney-In-Charge** has been served by placing same in the United States Mail, postage prepaid, on this the 7th day of November, 2000, addressed to:

Michael Edward Derry
Pat A Reid Facility
10950 Beaumont
Houston, Texas  77097

                                          CARLOS D. LOPEZ
                                          Assistant Attorney General

ClibPDF - www.fastio.com