IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| *MICHAEL EDWARD DERRY,* **Plaintiff,** | § § § | |
| *v.* | § § | Civil Action No. *C-00-26* |
| *WAYNE SCOTT, ET AL.,* **Defendants.** | § § § | |

## MOTION TO APPEAR *PRO HAC VICE*

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

The undersigned, an attorney at law licensed to practice in the State of Texas, hereby requests leave to appear as the attorney in charge for Defendants in the above styled cause, submitting to the jurisdiction of this Court for disciplinary purposes and to the Local Rules of this Court, and certifying that he will be available for hearings on forty-eight hours notice.

In support of his motion, the undersigned represents that he is a member in good standing of the State Bar of Texas, The United States District Court for the Western District of Texas, The United States District Court for the Eastern District of Texas, and the Bar of the United States Court of Appeals for the Fifth Circuit. Further, the undersigned counsel's application for admission to the The United States District Court for the Southern District of Texas is pending.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for
Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the forgoing **Motion to Appear *Pro Hac Vice*** has been served by placing same in the United States Mail, postage prepaid, on this the 7th day of November, 2000, addressed to:

Michael Edward Derry
Pat A Reid Facility
10950 Beaumont
Houston, Texas 77097

_____
CARLOS D. LOPEZ
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *MICHAEL EDWARD DERRY,* | § | |
| **Plaintiff,** | § | |
| | § | |
| *v.* | § | Civil Action No. *C-00-26* |
| | § | |
| *WAYNE SCOTT, ET AL.,* | § | |
| **Defendants.** | § | |

# ORDER

On this day a Motion to Appear *Pro Hac Vice* came before the Court for hearing. After having considered said motion and the pleadings of the parties filed herein, the Court is of the opinion that the following order should issue:

It is hereby ORDERED that the Motion to Appear *Pro Hac Vice* be GRANTED and that Assistant Attorney General Carlos D. Lopez be allowed to appear on behalf of Defendants in this cause of action.

**SIGNED** on this the ____ day of _____, 2000.

_____
**JUDGE PRESIDING**