In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

NOV 13 2000

Michael N. Milby, Clerk

Micheal Edward Derry
    Plaintiff

V.                                    Civil Action No. C.A.C-00-26

Wardens: Gutierrez-"An"-Garcia
    Defendants

"Motion To Amend"
(Certificate Of Service To Plaintiff's Last Motion Of Entry)
[In Cause No. H-00-3701]

To The Honorable Judges Of Said Honorable Court:

Comes Now "Plaintiff"-Micheal Edward Derry In Cause No.-"C.A.C-00-26"- And For Good Cause In The Interest Of Justice And Presents The Following:

(1)

"Plaintiff's"-Motion To Amend-"Certificate Of Service To-"His"-Last Pleadings Filed Of-"Motion Of Entry Of Prudant Evidence Of Pertinent Evidence In Cause No.-"H-00-3701".

(2)

A Copy Of-"Plaintiff's"-Last Pleadings Filed In This Honorable-"Federal"-Court Known To The Court As The Following.

"Second Motion Of Entry"
(Prudant Evidence Of Pertinent Evidence)
[In Cause No. H-00-3701]

A Copy Of The-"Motion"-To Include-"All"-Prudant Evidence Of Pertinent Evidence-A Copy Of-"Same"-Has Been Sent To Said Named-"Defendants"-Wardens-"Gutierrez-"An"-Garcia Et.Al."-In Care Of-"Their"-Attorney Of Record-"Carlos D. Lopez"-Assistant Attorney General-P.O. Box 12548-Austin Texas 78711-2548 In Cause No.-"C.A.C-00-26".

(3)

"Applicant"-Filed-"His"-Post Conviction Writ Of Habeas Corpus In The Southern District Of Houston Texas In This Cause No.-"H-00-3701"-There Was-"No"-Attorney Of Record Appointed To This Case.

35.

(1)

## "Under Texas Law"

And A Ruling-"Made"-By The-"Court Of Criminal Appeals Austin Texas In The Case Of-"Rem V. State"-Shown Below:

### "Rem V. State Of Texas 541 SW2d 841-844"

The Court Ruled: A-"Defendant"-Who Raises A-"Double-Jeopardy"-Claim Has The-"Burden"-Of Presenting Supporting Evidence In Order To-"Prevent"-A Successive-"Prosecution".

At The-"Time"-"Applicant"-Filed-"His"-Post Conviction Writ Of Habeas Corpus In This Cause No.-"H-00-3701"-"Applicant"-Was-"An"-Still Is-"Incarcerated"-In The T.D.C.J.-I.D. Penal Institution-Cornell Corrections-(Reid Unit Facility)-10950 Beaumont Hwy. Houston Texas 77078.

And Was Having-"Problems"-Getting Access To-"His"-Trial Court Records For This T.D.C.J.-I.D. Unit's-"Law Library"-Is "Inadequate"-"An"-Does'nt Have The Necessary-"Legal"-Books For-"Applicant"-To-"Properly"-Prepare Documents To-"Gain"-Access To-"His"-Trial Court Records To-"Obtain"-"His"-Supporting Evidence-"Necessary"-To Support-"His"-Post Conviction Writ Of Habeas Corpus-(Double-Jeopardy)-Ground Of Error.

When-"Applicant"-Gained-"Access"-To These Trial Court Records-"He"-Obtained-"His"-Supporting Evidence And-Filed-"His"-Supporting Evidence In The Southern District Of Houston-"Federal"-Court House In This Cause No.-"H-00-3701"-Where-"He"-Filed-"His"-Post Conviction Writ Of Habeas Corpus. There Was-"No"-Attorney Of Record At The-"Time"-Of Filing, Therefore A-"Certificate Of Service"-Was-"Not"-Necessary. The Following Named Assistant Attorney General-"Carlos D. Lopez"-Was'nt-"Appointed"-To The Case After The-"Filing"-Of These-"Documents". ("See"-Court Of Criminal Appeals Austin Texas Holding In The Following Case).

### "McWilliams V. State 719 SW2d 380"

A Halfway House Is A Penal Institution, Is A Defendant's Assigned Unit Of Confinement-VCTA Penal Code 38.07(c)(2)."Until He Completes The Sentence Of Record".

By-"Facsimile"-The Honorable Judge Of This Said Honorable Court-"An"-Honorable Assistant Attorney General-(Carlos D. Lopez)-Were-"Informed"-That-"Plaintiff"-Was Sending-"Prudant"-Information To The-"Court"-By Way Of-"Certified United States Mail"-Therefore-"All"-Parties Involved In This Cause No.-"C.A.C-00-26"-Recieved-"Their"-Certificate Of Service By Way Of-"Facsimile". (Conference-Call At-"Nine"-A.M.-"October 16. 2000".)

### "Plaintiff Contends"

When-"He"-Sent-"His"-"First"-Motion Of Entry-"He"-Sent A-"Certificate Of Service"-With It. And When-"Applicant"-Filed-"His"-"Second"-Motion Of Prudent Evidence That Is-"Evidence"-In Cause No.-"H-00-3701"-That-"Supports"-"His"-Post Conviction Writ Of Habeas Corpus-"An"-Did-"Not"-Anticipate That-"He"-Had To-"File"-A-"Second"-Certificate Of Service-"Because"-The Post Conviction Writ Of Habeas Corpus-"An"-Evidence Sent Are-"One"-And The-"Same"-Like-"Brother And Sister"-Southern District In Houston Texas-"Put"-Them-"Together"-As-"One"-In Cause No.-"H-00-3701".

"However"-"Plaintiff"-Understands-"He"-Filed Them-"Seperate"-As To The-"Letter"-Recieved On-"November 8, 2000"-"Petitioner"-Is-"Complying"-Hereto-"Attached"-To This Motion Is-"Re-Submitting"-"His"-Pleading-"Filed"-In-"His"-Second Entry Of-"Motion Of Entry-Prudant Evidence Of Pertinent Evidence"-Containing A-"Certificate Of Service"-In The-"Time"-Allowed To-"Correct"-Deficient Pleading. ("See"-Attached-"Corrected"-Deficient Pleading Attached Hereto)

"Motion"

Granted ____ Or Denied ____ On This The ____ Day Of _____ 2000 By The Honorable-"Presiding"-Judge.

Judge: _____

"Certificate Of Service"

"Applicant"-Swears Under Pains And Penalty Of Perjury That-"He"-Sent A Copy Of-"His"-Motion To Amend-Certificate Of Service To Plaintiff's Last Motion Of Entry Of Prudant Evidence Of Pertinent Evidence In Cause No. H-00-3701 And-"All"-Prudant Evidence Of Pertinent Evidence Document-"Attached"-To Wardens-"Gutierrez"-An"-Garcia Et. Al."-In Care Of-"Defendant's"-Attorney Of Record:

(1)

"Original"-Copy Sent To The Honorable-"Federal"-Court Of The Southern District Of Texas In-"Corpus Christi Texas"-In Care Of The Honorable Clerk Of Court-"Michael N. Milby"-521 Starr Street-Corpus Christi Texas 78401-For The Honorable United States Magistrate-Judge" Of Said Court-The"-Honorable"-B. Janice Ellington"-In Cause No.-"C.A. C-00-26".

(2)

A Copy Has Been Sent To Wardens-"Gutierrez"-An"-Garcia Et. Al."-In Care Of-"Defendant's"-Attorney Of Record-"Carlos D. Lopez"-Assistant Attorney General-P.O. Box 12548-Austin Texas 78711-2548.

Respectfully Submitted On This The 10TH Day Of November 2000.
By: *Micheal Edward Derry* #630520
T.D.C.J.-I.D. Penal Institution-Cornell Corrections
Ben A. Reid Unit Facility
10950 Beaumont Hwy. Houston Texas 77078

(3)