In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED
NOV 15 2000
MICHAEL N. MILBY CLERK

Plaintiff: Micheal Edward Derry

V.                                                      Civil Action No. C.A. C-00-26

Wayne Scott
Wardens: Gutierrez "An" Garcia

"Plaintiff's Motion Of Notice"
(Change Of Address)

To The Honorable "Judges" Of This Said Honorable Court:

Comes Now The "Plaintiff" Micheal Edward Derry In This Cause No. "C.A. C-00-26" And Files "His" Motion Of Notice (Change Of Address) And For Good Cause In The Interest Of Justice, So That "All" Parties Involved Will Have "Knowledge" Of "Plaintiff's" Where Abouts "An" Shows This Honorable Court The Following As To "Why" This Motion Had To Be Filed.

(1)

"Plaintiff" Was Incarcerated In The T.D.C.J.-I.D. System's Penal Institution-Cornell Corrections-Ben A. Reid Unit Facility-10950 Beaumont Hwy.-Houston Texas 77078. "Plaintiff" Was Assigned This Parole Officer "Ms. Nwuso" From The Houston Parole Division By "Her" Supervisor "Ms. B. Lemay" On This Said Date "October 27, 2000" "Plaintiff" Recieved "One" Of "Numerous" Verbal Threats" From "His" Parole Officer "Ms. Nwuso" That If "Plaintiff" Did "Not" Give "Her" A "Parole Plan" That "Her" Office Would Have "Plaintiff" "Locked-Up" In An "I.S.F." (Parole Violator's) Unit Facility Of T.D.C.J.-I.D.

"Plaintiff's" First "Parole Plan" To Go To "His" Father's Home Was "Denied" "Plaintiff's" Second "Parole Plan" That "He" Gave Was Under "Duress" And Had "No" Choice But To "Use" And "Sign" Himself "Into" "Servitude" In "His" New Penal Institution (T.R.C. Unit Facility) Of T.D.C.J.-I.D. "Plaintiff's" New Assigned Penal Institution Where "He" Must "Stay" Until "He" Completes" The "Second Sentence" Imposed For The "Same" Offense Upon "Him" By These Following Named "Non" Judicial Persons "Acting" Under Color Of Law-Article 42.12-42.18 [Texas Pardons And Paroles Board "An" The T.D.C.J.-I.D. Director "Due" To The "Plaintiff's" Filing Of These "Civil Actions". Cause No. H-99-20293-Cause No. C.A. C-00-26-Cause No. S.A.-00-C.A-57-HG-Cause No. H-00-3701 "An" Cause No. 00-50671. ["See" VACCP Penal Code 38.07 (c)(2) Authority: "McWilliams V. State 719 S.W. 2d 380" [A Halfway House Is A Penal Institution]

(2)
"Plaintiff Further Contends"

On This Said Date "November 10, 2000" At "Nine P.M." "Plaintiff" Contends And Asserts That "He" Was "Ordered" To "Leave" The "Reid

(1)

37.

Unit"-Facility And To-"Not"-Return And Was-"Instructed"-To Go To The-"T.R.C. Unit Facility"-Known As-"Recovery Houston Institute"-10525 Eastex Fwy.-Houston Texas 77093. "Plaintiff"-Still Contends, For Leaving The-"Reid Unit"-"He"-Had-"No"-Money But Had-"All"-Of-"His"-Belongings-(However)-"He"-Had-"Sixty-Dollars"-In The-"Trust Fund"-At The-"Reid Unit"-They-"Refused"-To Give-"Him"-"His"-Money. At The-"Time"-Of Leaving And Informed-"Him"-To Come Back On-"November 13, 2000"-To Get-"His"-Money. After-"Walking"-With-"His"-Luggage-"Plaintiff"-Was-"Fortunate"-To-"Bum"-A-"Dollar"-From A-"Citizen"-To-"Catch"-A-"Bus". The-"Plaintiff"-Arrived At-"His"-New Assigned Penal Institution-(T.R.C. Unit Facility)-"Recovery Houston Institute"-At-"Eleven-Thirty"-P.M. They Informed The-"Plaintiff"-They Did-"Not"-Have A Place For-"Him"-To-"Stay"-And Would-"Not"-Have A Place For-"Him"-Until-"He"-Talked To Someone In-"Authority"-That-"He"-Would Have To-"Leave"-And Come-"Back"-On-"November 13, 2000"-Or-"Call"-To Make-"Arrangements"-For-"His"-Stay.

This Left The-"Plaintiff"-Walking-"All"-Night Long In The-"Cold"-Weather With-"No"-Place To-"Stay"-Until The-"Next"-Day When "He"-Met A-"Citizen"-Who Was So-"Kind"-As To Let-"Him"-Stay At-"His"-Home-"302 Marathon"-Houston Texas Until-"Plaintiff"-Could Make-"Arrangements"-For-"His"-Stay At The-(T.R.C. Unit Facility)-Where-"He"-Will Be-"Staying". Therefore This Is A-"Temporary"-Mailing Address For The-"Plaintiff":

    "Micheal Edward Derry-302 Marathon #14 - Houston Texas 77018

Until-"Plaintiff"-Is-"Allowed"-To Move-"Into"-"His"-Permenant-"Living"-Quarters At The-(T.R.C. Unit Facility)-"Recovery Houston Institute-10525 Eastex Fwy.-Houston Texas 77093.

    [The-"Plaintiff"-Contends And Asserts That This Was-"All"-Done-"Due"-Solely To-Plaintiff's-"Filing"-Of The-"Affore"-Mentioned-"Actions"-Filed In-"Federal"-Court.]

Therefore If-"Plaintiff"-Is Subsequently-"Arrested"-And-"Incarcerated"-It Is-"Due"-To The-"Above"-Actions And-"His"-Arrest And Incarceration Will Be-"Illegal".

    ["Plaintiff"-At This-"Time"-Seeks-"Federal"-Protection Of Some Kind-"Please"-!!!]

    Respectfully Submitted On This The 13th Day Of November 2000
    By: *Micheal Edward Derry* #630520
    T.R.C. Unit Facility Of T.D.C.J.-ID
    10525 Eastex Fwy. Houston Texas 77093

## "Certificate Of Service"

I, Micheal Enward Derry Do Hereby Certify That A Copy Of-"Plaintiff's Motion Of Notice"-(Change Of Address Has Been Sent By Certified Mail Through The Uniteds States Postal Service To The Following Named Person:

(1)
A Copy Of This Motion Has Been Sent To Carlos Lopez-Asst. Attorney General-P.O. Box 12548- Austin Texas 78711-2548.("Defendant's"-Attorney)

Respectfully Submitted On This The 13th Day Of November, 2000
By: Micheal E. Derry #630520
T.R.C. Unit Facility Of T.D.C.J.-I.D.
10525 Eastex Fwy. Houston Texas 77093

(3)

# SECURITY

**Texas Department of Criminal Justice**
**Parole Division - Region II**

## REPORTING INSTRUCTIONS

TO: Reid Correctional Facility          DATE FAXED: 11-10-00

FROM: Nwosu /Parole Officer II

RELEASEE TO BE TRANSFERRED THIS DATE 11-10-00

Releasee: Derry, Michael          TDCJ# 630520

You are instructed to report in person to District Parole Officer

B. Larks          located at the following District Parole Office

5400 N. Sam Houston Pkwy, Houston.

Telephone# 281 9870001

You are instructed to report on 11-20-00 at 9am

You are instructed to call your new parole officer to confirm report date.
** You are to reside at approved parole plan:

10525 Eastex Fwy, Hou, TX. 77093

713-692-4000

Releasee Signature Michael Derry          Date: 11-10-00