IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 21 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. *C-00-26* |
| | § | |
| WAYNE SCOTT, ET AL., | § | |
| Defendants. | § | |

# ORDER

On this day a Motion to Appear *Pro Hac Vice* came before the Court for hearing. After having considered said motion and the pleadings of the parties filed herein, the Court is of the opinion that the following order should issue:

It is hereby ORDERED that the Motion to Appear *Pro Hac Vice* be GRANTED and that Assistant Attorney General Carlos D. Lopez be allowed to appear on behalf of Defendants in this cause of action.

**SIGNED** on this the _20_ day of _November_ 2000.

_____
JUDGE PRESIDING