UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 21 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § § | |
| V. | § § | CIVIL ACTION NO. C-00-26 |
| WAYNE SCOTT, ET AL. | § | |

## ORDER

Plaintiff's motion to amend (D.E. 35) and motion of entry (D.E. 36) are granted to the extent plaintiff intended for these documents to supplement his complaint. To the extent plaintiff was requesting any other relief, the motions are denied.

ORDERED this _20_ day of _November_, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE