In The United States District Court

For The Southern District Of Texas

Corpus Christi Division

United States District Court
Southern District of Texas
FILED

DEC 05 2000

MICHAEL N. MILBY, CLERK

Plaintiff: Micheal Edward Derry

V.

Wayne Scott

Wardens: Gutierrez-"An"-Garcia

Civil Action No. C.A.C-00-26

"Plaintiff's Second Motion Of Notice"
(Change Of Address)

To The Honorable-"Judges"-Of Said Honorable Court:

Comes Now-"Plaintiff"-Micheal Edward Derry To This Cause Number-"C.A.C-00-26"-And Files-"His"-"Second"-Motion Of Notice-(Change Of Address)-"An"-For Good Cause In The-"Interest"-Of Justice For The Following Reasons Set-"Below":

(1)

"Plaintiff"-At This-"Time"-Gives Notice To-"All"-Parties Involved-"An"-To The Honorable-"Judges"-Of Said Honorable Court That-"His"-Transfer From-"His"-Old Penal Institution-Cornell Corrections-Ben A. Reid Unit Facility-10150 Beaumont Hwy: Houston Texas 77078-To-"His"-New Penal Institution (T.R.C. Unit Facility)-Of T.D.C.J.-I.D. System-"Recovery Houston Institute-10525 Eastex Fwy.-Houston Texas 77093"-Has Been-"Completed"-And-"Plaintiff"-Will Be-"Confined"-There-Until-"He"-Completes The-"Second"-Sentence Imposed For The-"Same"-Offense Upon-"Him"-By The Following Named-"Non"-Judicial Persons Acting Under Color Of Law Article 42.12-42.18-"Texas Board Of Pardons And Paroles"-And-"The T.D.C.J.-I.D. Director"-Until-"His"-Discharge Date-"March 18, 2001"-Causing-"Mental Anguish Stress"-On The-"Plaintiff".

(2)

On This Said Date-"November 20, 2000"-At-"Nine-A.M"-"Plaintiff" Contends And Asserts That-"He"-Reported For The-"First"-Time To-"His"-New Parole Officer-"Ms. Bennie J. Larks"-Who Was Assigned To-"Him"-By And Through The-"Houston Parole Division"-At-"Her"-Office-5400 N. Sam Houston Parkway East-Houston Texas 77032." During This-"Parole-Visit"-"Plaintiff's-New Parole Officer-"Ms. Bennie J. Larks"-Informed-"Plaintiff"-That-"He"-Had-"Now"-Been Placed On-"Her"-"Intensive Supervision"-Case Load-"An"-That An-"Electronic Monitor"-Would Be-"Placed"-On The-"Plaintiff"-And That-"His"-Discharge Date-"March 18, 2001"-To-"Him"-May Seem A-"Short"-Time Away." But-"To"-"Her"-It Meant-"Nothing"-Because-"She"-Could Have The-"Plaintiff"-"Locked Up"-In An-"I.S.F."-(Parole Violators)-Unit Facility Of T.D.C.J.-I.D.-At-"Any"-Time-"Before"-That Date. That-"Plaintiff"-Would-"Remain"-Confined On This-"I.S.F."-(Parole Violators)-Unit Facility Of T.D.C.J.-I.D.-Until-"His"-Discharge Date-"March 18, 2001." [And Could Be-"Incarcerated"-For-"Not"-Paying-"His"-Parole-Fees"-While-"Incarcerated"-At The-"T.R.C. Unit Facility"-Of T.D.C.J.-I.D.]

(3)

41

This Action By-"Plaintiff's"-New Parole Officer-"Ms. Bennie J. Larks"-Causes Even-"Greater"-"Mental Anguish Stress"-On The-"Plaintiff"-Because Under The-"Guidelines"-Of This-"Type"-Of-"Supervision"-"Plaintiff"-Must-"Now"-Report To-"His"-New Parole Officer-"Ms. Bennie J. Larks"-Every-"Monday"-Of-"Each"-Week Of-"Each"-Month While The-"Plaintiff"-Tries To-"Complete"-The-"Second"-Sentence Imposed For The-"Same"-Defense Upon-"Him"-By The Following Named-"Non"-Judicial Persons Acting Under Color Of Law Article 42.12-42.18-"Texas Board Of Pardons And Paroles"-And-"The T.D.C.J.-I.D. Director"-"Due"-To The-"Plaintiff's"-Filing Of-"His"-Civil Actions; Cause No. H-99-20293-Cause No. C.A. C-00-26-Cause No. SA-00-CA-57-H6-Cause No. H-00-3701-"An"-Cause No. 00-50671.

(3)

"Because"-Of The Continuing-"Unwarrented"-And-"Unjustified"-"Harrassment"-And-"Retaliatory"-Actions Being Taken-"Against"-The-"Plaintiff"-By-"His"-New Parole Officer-"Ms. Bennie J. Larks"-In-"Behalf"-Of-"Her"-Supervisors-"T.D.C.J.-I.D's"-Texas Board Of Pardons And Paroles-(Houston Division)-That Are Causing-"Permanant"-"Mental Anguish Stress"-On-The Plaintiff".

At This-"Time"-"Plaintiff"-Humbly-"Pleads"-To The Honorable-"Judges"-Of This Honorable-"Federal"-Court Asking That A-"Decision"-Please Be Made As Soon As Possible In These Cause Numbers-Cause No. H-99-20293-Cause No. C.A. C-00-26-Cause No. S.A.-00-CA-57-H6-Cause No. H-00-3701-"An"-Cause No. 00-50671

Respectfully Submitted On This The 1st Day Of December .   2000.

By: *Micheal Edward Darr* #630520

T.R.C. Unit Facility Of T.D.C.J.-I.D.

Recovery Houston Institute

10525 Eastex Fwy. Houston Texas 77093

"Certificate Of Service"

I, Micheal Edward Derry Do Hereby Certify That A True And Correct Copy Of "Plaintiff's" "Second Motion Of Notice-(Change Of Address)-Has Been Sent By Certified Mail Through The United States Postal Service To The Following Named Persons

(1)

A Copy Of This Notice Has Been Sent To Carlos D. Lopez-Assistant Attorney General-P.O. Box 12548-Austin Texas 78711-2548. ("Defendants-Attorney")

Respectfully Submitted On This The 1ˢᵗ Day Of December   2000
By: Micheal Edward Derry, #630520
T.R.C. Unit Facility Of T.D.C.J.-I.D.
10525 Eastex Fwy. Houston Texas 77093