United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL EDWARD DERRY §
§
V. § CIVIL ACTION NO. C-00-26
§
WAYNE SCOTT, ET AL. §
§

## ORDER

Plaintiff has filed a pleading entitled "motion of entry" (D.E. 41). In it he appears to be notifying the Clerk of his new address, but he does not request any additional relief. Accordingly, to the extent plaintiff is requesting that the Clerk record his new address, the motion is granted. To the extent plaintiff intended to seek any other relief, his motion is denied.

ORDERED this 11 day of December, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE