UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-26 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

## ORDER GRANTING MOTION TO VACATE

Defendants' motion to vacate the order setting a deadline for filing the joint pretrial order (D.E. 43) is GRANTED. A new deadline for filing the pretrial order will be set after there is a ruling on the motion for summary judgment.

ORDERED this 29 day of December, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE