In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

MAR 1 5 2001

MICHAEL N. MILBY, CLERK

Plaintiff: Micheal Edward Derry
V.
Wayne Scott
Wardens: Gutierrez-"An"-Garcia

Civil Action No. C.A. C-00-26

"Plaintiff's Motion Of Notice"
(Third Change Of Address)

To The Honorable-"Judges"-Of Said Honorable Court:

Comes Now-"Plaintiff"-Micheal Edward Derry In This Cause Number-"C.A. C-00-26"-And Files-"His"-Motion Of Notice-(Third Change Of Address)-"An"-For Good Cause In The Interest Of Justice So That-"All"-Parties Involved Will Have-"Knowledge"-Of-"Plaintiff's"-Where Abouts-"An"-Shows This Honorable Court The Following As To-"Why"-This Motion Had To Be Filed.

(1)

"Plaintiff"-At This-"Time"-Gives Notice To-"All"-Parties Involved-"An"-To The Honorable-"Judges"-Of Said Honorable Court That-"He"-Has Been-"Discharged"-From-"His"-Old Penal Institution-"T.R.C. Unit Facility" 10525 Eastex Fwy.-Houston Texas 77093-Of-The-"T.D.C.J.-I.D."-"An"-Had To Move Back In With The Kind Citizen Who Allowed-"Him"-To Stay With-"Him"-At-"His"-Home At-"302 Marathon Apt. 5-Houston Texas 77018"-Because-"He"-Had-"No"-Where Else To Go. This Will Be-"Plaintiff's"-Permanant-"Mailing"-Address.

Respectfully Submitted On This The   Day Of March 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. 5
Houston Texas 77018

45.

## Certificate Of Service

Under The Pains And Penalty Of Perjury-"Plaintiff"-Swears That A True And Correct Copy Of This-"Motion Of Notice"-(Third Change Of Address)-Has Been Sent To The Following Named Persons By Certi-Fied United States Postal Service:

(1)

A Copy Of This-"Notice"-Has Been Sent To T.D.C.J-I.D. Director-"An"-Wardens Kinker And Carr In Care Of Their Attorney- Asst. Attorney General Carlos D. Lopez-P.O. Box 12548-Austin Texas 78711-2548.

Respectfully Submitted On This The ___ Day Of March 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. 5
Houston Texas 77018