In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED
JUN 0 4 2001
Michael N. Milby, Clerk of Court

Micheal Edward Derry
V.
Wayne Scott, Et. Al.

C.A. No. C.-00-26

## Plaintiff's Motion Of Notice Of Receipt

To The Honorable "Judges" Of Said Honorable Court:

Comes Now The "Plaintiff" Micheal Edward Derry In Cause Number "C.A. No. C.-00-26" Giving The "Court" Notice That "He" Has "Recieved" Court's "Notice Of Memorandum And Recommendation" An "Finds" "All" Issues Have Been "Ruled" On "Properly" By The Honorable "Judges" Of This Said Honorable Court. "However" If The "Adverse" Party "Raises" An "Issue" That This Honorable Court Thinks Has "Not" Been Ruled Upon "Plaintiff" Reserves "His" Right To "Contest" That Issue "Otherwise" "Plaintiff" Will Forever Hold "His" Peace "An" Accept This "Court's" "Memorandum And Recommendation" And "Any" Further "Decisions" Made By This Court. "Including" The Amount Of "Awardment" This Honorable Court Feels Is "Just" For "Plaintiff" "Suffers" From "Mental Anguish" To The Point "He" Could "Not" Properly Determine The "Amount" Of "Damage" Done "Therefore" "Plaintiff" Leaves This Issue To The Honorable "Judges" Of Said Honorable Court "Concerning" The "Plaintiff's" Case At Bar.

Respectfully Submitted This The 25TH Day Of MAY 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. #5
Houston Texas 77018

47

## CERTIFICATE OF SERVICE

"PLAINTIFF"- SWEARS UNDER THE PAINS AND PENALTY OF PERJURY THAT HE HAS SENT A COPY OF-"HIS"- "PLAINTIFF'S MOTION OF NOTICE OF RECEIPT"- TO THE FOLLOWING NAMED PERSONS AND ADDRESS-LISTED BELOW BY CERTIFIED UNITED STATES POSTAL SERVICE:

(1)

A COPY OF THIS-"NOTICE"- HAS BEEN SENT TO WARDENS-"GUTIERREZ AND GARCIA"- IN CARE OF THE- "DEFENDANTS"- ATTORNEY- ATTORNEY GENERAL OF TEXAS-"JOHN CORNYN"- ATTENTION: HABEAS CORPUS DIVISION- P.O. BOX 12548- CAPITOL STATION- AUSTIN TEXAS 78711-2548.

RESPECTFULLY SUBMITTED ON THIS THE 29TH DAY OF MAY 2001
BY: Micheal Edward Derry #630520
302 MARATHON APT. 5
HOUSTON TEXAS 77018