IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 6 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY, | § § § | |
| v. | § § § § | CIVIL ACTION NO. C-00-26 |
| WAYNE SCOTT, ET AL. | | |

### ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On May 24, 2001, and June 21, 2001, the Magistrate Judge filed her Memorandum and Recommendation recommending that Defendants' motion for summary judgment be denied. After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate's findings of fact and conclusions of law. Having reviewed the pleadings on file, this Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Douglas v. United Services Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, Defendants' motion for summary judgment [D.E. 38-1] is denied.

ORDERED this _____ day of _____, 2001.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE