United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2001

Michael N. Milby, Clerk of Court

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

**MICHAEL EDWARD DERRY** §

**V.** § **C.A. NO. C-00-26**

**WAYNE SCOTT, ET AL.** §

## ORDER TO FILE JOINT PRETRIAL ORDER

**THE PARTIES' JOINT PRETRIAL ORDER SHALL BE FILED NO LATER THAN**

**Friday, September 14, 2001 by 3:00 p.m.** . This satisfies the requirement of FRCP 26 (a)(3). Defendant will be responsible for coordinating the filing of a joint pretrial order, executed by the attorney-in-charge for the defendants and the pro se plaintiff, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (1994). Defendant shall allow plaintiff at least **fifteen (15) working days** for review and contribution. Plaintiff is ordered to cooperate with the preparation of the joint pretrial order by timely submitting his contributions. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

A jury trial before Hon. Hayden W. Head, Jr. United States District Judge, will be scheduled after the joint pretrial order is filed.

If plaintiff wishes to request that inmate witnesses be produced to testify at trial, plaintiff should file his request in the joint pretrial order.  The request should be accompanied by the inmate's full name and TDCJ-ID number and a summary of each witness's testimony,

Discovery is closed.  **DESIGNATION OF EXPERTS**, by all parties, are due **Friday, August 31, 2001**.  **Written Reports** that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B)  shall be due at the time of designation of each expert.  Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials.

ORDERED this _____ 6 _____ day of _____ August _____, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE