United States District Court
Southern District of Texas
FILED

SEP 17 2001

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *MICHAEL EDWARD DERRY,* § | | |
| **Plaintiff,** § | | |
| § | | |
| *v.* § | | Civil Action No. C-00-26 |
| § | | |
| *WAYNE SCOTT, et al.,* § | | |
| **Defendants.** § | | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO FILE JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Ernest H. Gutierrez and Roy A. Garcia, by and through counsel, the Attorney General of Texas, and file this Motion for Extension of Time to File Joint Pretrial Order. In support thereof Defendants would respectfully show the following:

1. The Court set the parties' deadline for filing a Joint Pretrial Order of September 14, 2001 (D.E. 50). The Court ordered counsel for Defendants to coordinate such filing and allow Plaintiff fifteen (15) working days for review and contribution.

2. To date, no extensions have been granted in this case. Trial of the case at bar has not been set.

3. Undersigned counsel attempted to complete the proposed final pretrial order and forward to plaintiff for his review and contribution by the deadline but was unable to do so. This was due to a multitude of other commitments, duties, and filing deadlines associated with counsel's eighty-nine (89) cases. The undersigned counsel represents that his failure to comply with the deadline was not the result of sloth or neglect.

4. Counsel has mailed a draft of the Joint Pretrial Order to Plaintiff and awaits his response.

51.

5. Therefore, Defendants respectfully request an additional thirty (30) days until October 15, 2001, to comply with the Court's order to file a Joint Pretrial Order.

6. This motion is not made in bad faith or to delay the proceedings, nor is it the result of conscious indifference, but is necessary as an effective means to advance efficient judicial administration of this lawsuit.

        Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for
Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District No. 26740

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the forgoing **Defendants' Motion for Extension of Time to File Joint Pretrial Order** has been served by placing same in the United States mail on this the 13th day of September, 2001, addressed to:

Michael Edward Derry          **Via CM/RRR # 7001 0320 0001 1856 4271**
Plaintiff Pro Se
2302 Marathon Apt. #5
Houston, Texas 77018

CARLOS D. LOPEZ
Assistant Attorney General

ClibPDF - www.fastio.com