In The District Court Of The United States
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

SEP 18 2001

MICHAEL N. MILBY CLERK

Micheal Edward Derry

V.

Wayne Scott Et. Al.

52.

C.A. No. C-00-26

Plaintiff's Motion Of Notice
"Defendant's" Failure To File A
Joint Pretrial Order

Comes Now-"Plaintiff"-Micheal Edward Derry In This Cause Number-"C-00-26"- And Files This-"His"-Motion Of Notice-(Defendant's Failure To File A Joint Pretrial Order)-With-"Plaintiff"- As-"Ordered"-By This Honorable-"Magistrate"-Judge-B. Janice Ellington In This Honorable Court's Order Issued On-"August 7, 2001"-"An"-Humbly-"Pleads"-To This Honorable Court To-"Find"-The- "Defendants"-And-"His"-Attorney-John Cornyn"-In-"Default"-For The Following Reason:

(1)

On Or About-"August 10, 2001"-"Plaintiff"-Micheal Edward Derry Recieved A Document From The Honorable Magistrate Judge-"B. Janice Ellington"-"Ordering"-Defendant To File A-"Joint Pretrial Order With-"Plaintiff"-Micheal Edward Derry- Allowing-"Plaintiff"- At Least-"15"- Working Days For-"Review"- And To-"Add"-"His"-Contributions.

(2)

At This Time-"Plaintiff"-Micheal Edward Derry Would Bring To This Honorable Court's Attention That As Of This-"Filing"- On This The 3rd Day Of September 2001-"Plaintiff"- Has Not-"Recieved"-"Any"- Word, Notice, Or Document From-"Defendant"- Or-"Defendant's"-Attorney-"Attorney General-John Cornyn"-As-"Order"- By The Honorable Judge Of This Honorable Court.

(3)

"Plaintiff"-Brings To This Honorable Courts Attention The-"Failure"- Of-"Defendant"-"An"-Defendant's Attorney To Follow This Honorable Court's-"Order"-For Even If-"Defendant"-Were To File A-"Joint Pretrial Order With-"Plaintiff"- At This-"Late"-Date It Would-"Not"-Allow-"Plaintiff"-The-"Full"- "15"-Working Days To-"Review"-And-Add Any-"Contribution"-By The Court Ordered-"Dead-Line"- Of-"September 14, 2001".

(4)

For The "Failure" Of The "Defendant" And The "Defendant's" Attorney To "Follow" The "Order" Issued By The Honorable Magistrate Judge Of This Honorable "Federal" Court "Plaintiff" Humbly "Pleads" To The Honorable "Federal" Court To "Find" The "Defendant" And "His" Attorney In "Default" For "Not" Following This Honorable Court's Order.

Motion

Granted ____ Or Denied ____ On This The ____ Day Of _____ 2001 By The Honorable Presiding "Federal" Judge.

Judge: _____

Respectfully Submitted This The 8th Day Of September 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. #5
Houston Texas 77018

Certificate Of Service

I, "Micheal Edward Derry" Under The Pains And Penalty Of Perjury Hereby Swear That A True And Correct Copy Of This "Motion" Has Been Sent To The Following Named Persons:

(1)

A True And Correct Copy Of "Plaintiff's" Motion Has Been Sent To "Wayne Scott" In Care Of "Defendant's" Attorney "Attorney General John Cornyn Habeas Corpus Division P.O. Box 12548 Austin Texas 78711-2548 By United States Certified Mail (C/o Carlos D. Lopez)

Respectfully Submitted This The 8th Day Of September 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. #5
Houston Texas 77018