In The District Court Of The United States
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

SEP 1 8 2001

MICHAEL N. MILBY CLERK

Micheal Edward Derry
V.
Wayne Scott Et. Al.

53.

C.A. No. C-00-26

Motion For Leave To File A Joint
Pretrial Order Without The Signature
Of All Counsel

Comes Now: Plaintiff - "Micheal Edward Derry" - Before The Honorable - "Judges" - Of This Honorable - "Federal" - Court With - "His" - Motion For Leave To File A Joint Pretrial Order Without The Signatures Of All Counsel - "Showing" - Good Cause - To - "Obtain" - Authority To File A - Pretrial Order Without All Required Signatures For The Below Cited Reason:

(1)

The - "Plaintiff" - Micheal Edward Derry Is - "Self" - Represented - "Filing" - "Pro-Se" - "Due" - To The Fact That - "He" - Cannot - "Afford" - An Attorney - "An" - That - "Non" - Has Been - "Appointed" - By This Honorable - "Federal" - Court.

Motion

Granted ___ Or Denied ___ On This The ___ Day Of _____ 2001 By The Honorable Presiding - "Federal" - Judge.

Judge: _____

Respectfully Submitted This The 8th Day Of September 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. #5
Houston Texas 77018

# Certificate Of Service

I, Micheal Edward Derry, Under The Pains And Penalty Of Perjury Hereby Swears That A True And Correct Copy Of This "Motion" Has Been Sent To The Following Named Persons:

(1)

A True And Correct Copy Of "Plaintiff's" Motion For Leave To File A Joint Pretrial Order Without All Required Signatures Of All Counsel In Cause Number "C-00-26" Has Been Sent To "Wayne Scott" In Care Of "Defendant's" Attorney - Attorney General - John Cornyn - Habeas Corpus Division - P.O. Box 12548 - Austin Texas 78711-2548 - By United States Certified Mail. (C/o Asst. Attn. General - Carlos D. Lopez)

Respectfully Submitted This The 3rd Day Of September 2001
By: Micheal Edward Derry #630520
302 Marathon Apt. #5
Houston Texas 77018