UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 20 2001

Michael N. Milby, Clerk of Court

54.

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § § | |
| V. | § | CIVIL ACTION NO. C-00-26 |
| | § § | |
| WAYNE SCOTT, ET AL. | § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO FILE JOINT PRETRIAL ORDER

Defendants' motion for an extension of time to file the parties' joint pretrial order (D.E. 51) is granted. The joint pretrial order is due on or before October 15, 2001.

ORDERED this __19__ day of __September__, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE