```
                                              United States District Court
                                               Southern District of Texas
                                                      ENTERED
         UNITED STATES DISTRICT COURT            SEP 2 0 2001
         SOUTHERN DISTRICT OF TEXAS
           CORPUS CHRISTI DIVISION            Michael N. Milby, Clerk of Court
```

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | 55. |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-26 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

### ORDER DENYING MOTION FOR LEAVE TO FILE A JOINT PRETRIAL ORDER WITHOUT THE SIGNATURES OF ALL COUNSEL/PARTIES

Plaintiff's motion for leave to file a joint pretrial order without the signatures of all counsel/parties (D.E. 53) is denied as moot. The deadline for filing the parties' joint pretrial order was extended to October 15, 2001.

ORDERED this __19__ day of __September__, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE