IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-26 |
| | § | |
| WAYNE SCOTT, et al., | § | |
| Defendants. | § | |

## DEFENDANTS' ADVISORY AND MOTION
## FOR LEAVE TO FILE DEFENDANTS' FINAL PRETRIAL ORDER

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COME NOW Defendants Ernest H. Gutierrez and Roy A. Garcia, by and through their attorney, the Attorney General of Texas, and file this their Advisory and Motion for Leave to File Defendants' Final Pretrial Order. In support thereof, Defendants respectfully offer the following:

### I.

### STATEMENT OF THE CASE

Plaintiff Michael E. Derry (Derry), is a former inmate of the Texas Department of Criminal Justice-Institutional Division (TDCJ-ID). Appearing *pro se* and *in forma pauperis*, Derry initiated this lawsuit pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional right to be free from cruel and unusual punishment. Specifically Plaintiff alleges that Defendants failed to protect him from an assault at the hands of another prisoner. By this suit, Derry seeks compensatory damages in an unspecified amount. POC, p. 4.

Defendants answered denying Plaintiff's allegations and asserting their entitlement to Eleventh Amendment immunity and qualified immunity. Defendants filed their Motion for Summary Judgment on November 20, 2000. Plaintiff did not file a response. Defendants' Motion

1

57.

for Summary Judgment was denied (D.E. 49). The Court then ordered the parties submit a Joint Pretrial Order by September 14, 2001, directing counsel for Defendants to coordinate such filing and allow Plaintiff fifteen (15) working days for review and contribution (D.E. 50). On Defendants' motion, the deadline for filing the pretrial order was extended to October 15, 2001 (D.E. 51).

## II.

## ADVISORY

On September 13, 2001, Defendants sent to Plaintiff a draft of the Proposed Joint Final Pretrial Order, requesting that plaintiff make the appropriate additions, include attachments, and return the document to counsel within fifteen (15) working days. Plaintiff has failed to do so. Because of Plaintiff's apparent refusal to cooperate and the Court's admonitions that no further extensions would be granted and that sanctions could issue for failure to timely file a pretrial order by the extended deadline (D.E. 56), Defendants now move for leave to file a pretrial order without plaintiff's contributions and signature.

## III.

### MOTION FOR LEAVE TO FILE DEFENDANTS FINAL PRETRIAL ORDER

As set forth above, plaintiff has not cooperated with Defendants' efforts to comply with the Court's Order to file a joint pretrial order. As such, and for the reasons set forth above, Defendants move the Court grant leave to file the accompanying Defendants' Proposed Final Pretrial Order.

**WHEREFORE, PREMISES CONSIDERED**, Defendants Gutierrez and Garcia submit this Advisory and respectfully move the Court grant Defendants leave to file their pretrial order as submitted herewith.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

CARLOS D. LOPEZ
Assistant Attorney General
State Bar No. 24007566
Southern District No. 26740

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

ATTORNEYS FOR DEFENDANTS GUTIERREZ AND GARCIA

3

## CERTIFICATE OF SERVICE

I, CARLOS D. LOPEZ, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the forgoing **Defendants' Advisory and Motion for Leave to File Defendants' Final Pretrial Order** has been served by placing same in the United States Mail, postage prepaid, on this the 10th day of October, 2001, addressed to:

| | |
|---|---|
| Michael Edward Derry<br>Plaintiff, *Pro Se*<br>2302 Marathon   Apt. #5<br>Houston, Texas 77018 | Via CM/RRR # 7001 0320 0001 1856 4127 |

*[signature]*
CARLOS D. LOPEZ
Assistant Attorney General

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| *MICHAEL EDWARD DERRY,* § | |
| **Plaintiff,** § | |
| § | |
| *v.* § | Civil Action No. *C-00-26* |
| § | |
| *WAYNE SCOTT, ET AL.,* § | |
| **Defendants.** § | |

# ORDER

On this day came on to be considered Defendants' Motion for Leave to File Defendants Final Pretrial Order. Finding said motion to be of merit, the Court is of the opinion that the following order should issue:

It is hereby ORDERED that Defendants' Motion for Leave to File Defendants Final Pretrial Order is GRANTED.

**SIGNED** on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING