IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 19 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | |
| V. | § | C.A. NO. C-00-26 |
| WAYNE SCOTT, ET AL. | § | |

### ORDER SETTING CONFERENCE CALL HEARING

A hearing by conference call on defendant's motion for leave to file defendant's final pretrial order (D.E. 57) is scheduled. Parties are to call at the following date and time;

**Wednesday, October 24, 2001 at 2:00 p.m.**
**(361) 888-3291.**

ORDERED this  18  day of  October , 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE