# CIVIL COURT MINUTES

JUDGE PRESIDING: B. JANICE ELLINGTON

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO.: Digital (2:18:49 – 2:22:42)

LAW CLERK: Chris Jenkins

U. S. MARSHAL: ___

INTERPRETER: ___

DATE: 10-24-01    OPEN: 2:18 pm    CLOSE: 2:22 pm

United States District Court
Southern District of Texas
ENTERED
OCT 24 2001
Michael N. Milby
Clerk of Court

CIVIL ACTION NO: C-00-26

Michael Edward Derry    COUNSEL: Pro-se

VS.

Gary Johnson, et al    COUNSEL: Carlos Lopez

(Conf Call)
(X) Hearing on Deft's Motion for Leave to File PTO w/o Pltff's Signature

Case called. Pltff did not call in for conference call. Court grants deft's motion and will issue show cause order.

Court adjourned.

60.