IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 26 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | 61. |
| V. | § | C.A. NO. C-00-26 |
| WAYNE SCOTT, ET AL. | § | |

## ORDER TO SHOW CAUSE

A hearing was scheduled on Wednesday, October 24, 2001, on defendant's motion for leave to file a joint pretrial order without the signature of all parties. The parties were instructed to call chambers at 2:00 p.m. Counsel for defendants called in, but plaintiff did not. Counsel for defendants reported that after filing his motion, he received from plaintiff a signed draft of the pretrial order without any contributions. Defendants' motion was granted, and the hearing recessed. It appears plaintiff has abandoned his desire to pursue his lawsuit.

Accordingly, plaintiff is ordered to show cause, within twenty days of the date of this order, why his lawsuit should not be dismissed for want of prosecution. Fed. R. Civ. P. 41. Failure to comply will result in dismissal.

ORDERED this ___24___ day of ___October___, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE