United States District Court
Southern District of Texas
ENTERED

OCT 26 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *MICHAEL EDWARD DERRY,* | § | |
| **Plaintiff,** | § | |
| | § | 62. |
| *v.* | § | Civil Action No. *C-00-26* |
| | § | |
| *WAYNE SCOTT, ET AL.,* | § | |
| **Defendants.** | § | |

# O R D E R

On this day came on to be considered Defendants' Motion for Leave to File Defendants Final Pretrial Order. Finding said motion to be of merit, the Court is of the opinion that the following order should issue:

It is hereby ORDERED that Defendants' Motion for Leave to File Defendants Final Pretrial Order *without the signature of Plaintiff* is GRANTED.

SIGNED on this the 24 day of October, 2001.

*[signature]*
JUDGE PRESIDING

5