In The District Court Of The United States
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

NOV 19 2001

MICHAEL N. MILBY CLERK

Micheal Edward Derry
V.
Wayne Scott. Et Al.

63.

C.A. No C-00-26

## Plaintiff's Motion To Show Cause

Comes Now -"Plaintiff"- Micheal Edward Derry Before The Honorable -"Judges"- Of This Honorable Federal Court To -"Show Cause"- Why -"His"- Lawsuit Should Not Be -"Dismissed"- For Want Of Prosecution.

(1)

When -"Counsel"- For The -"Defendants"- Sent The -"Pretrial Order"- To -"Plaintiff"- "Plaintiff"- Was -"Not"- In Town Of The State Of Texas -"He"- Was -"Eighteen-Hundred"- Miles Away In -"California"- Making A -"Delivery" For The Company -"He"- Works For As An -"Over-The-Road-Driver"- When -"Plaintiff"- Returned To -"Texas"- "He"- Learned That A -"Document"- Had Came From The -"Attorney Generals"- Office In -"Austin"- Texas On Or About "Four"- Days Prior To -"Plaintiff's"- Arrival Back To -"His"- Home In -"Houston"- Texas.

(2)

When The -"Mail-Carrier"- Finally -"Redelivery"- The -"Document"- Which Was Sent By -"Certified"- Mail- "Plaintiff"- Made The -"Honest"- Mistake Of -"Calculating"- "His"- "Fifteen Working Days"- Starting At The Time -"He"- Recieved The Document From The -"Mail"- Carrier. "Plaintiff"- Now -"Knows"- "He"- Made A Mistake. "Plaintiff"- Admits That -"He"- Made A Mistake In -"His"- Time Calculations -"But"- Wants The Honorable -"Judges"- Of This -Honorable Court To Know That -"Plaintiff"- Did -"Not"- Do This -"On -Purpose"- (Plaintiff -"Simply"- Made An Honest Mistake. -"He"- Has -"Not"- Abandoned -"His"- "Lawsuit". An -"Pleads"- To This Honorable Court To -"Please"- Do Not -"Dismiss"- "His"- Lawsuit Because -"He"- Made This -"Harmless"- Mistake.

(3)

On The -"Pretrial Order"- Itself -"Plaintiff"- "Did"- "Sign"- An -"Stated"- What -"His"- "Contentions"- Were- Once -"He"- Appeared In -"Open"- Court. "Plaintiff"- Did -"Not"- Add -"Anything"- Else Because -"He"- Honestly Did -"Not"- Know -"Else"- To -"Add"- For -"Plaintiff"- Is A -"Layman"- And -"Not"- A -"Lawyer". And At This Time- "Plaintiff"- Cannot -"Afford A -"Lawyer" "Nor"- Has This Honorable Court -"Appointed"- "Him"- One

(4)

As For The "Hearing" That Was Scheduled On Wednesday, October 24, 2001 "Plaintiff" Was "Out Of Town" Again "Arizona" But "Made" Every "Effort" To Try And Make The "Conference" Call. "Plaintiff" Was "Just" Getting "In" When "He" Did Call Judge "Ellington" At Or About "Two-Forty-Five" That "Same" Day. "Plaintiff" Still "Does" "Not" Have A "Telephone" An "Had" To "Find" A "Neighbor" Who Would "Allow" "Him" To Make A Long-Distance "Call" On "Their" Phone. (Plaintiff Did "Not" Perposely "Disobey" This Honorable Court's Order.

(5)

"Plaintiff" Would "Also" Like To "Acknowledge" That Because Of The "Amount" Of "Money" That The "I.R.S." An The "Amount" Of "Money" That The "Attorney Generals Office Is Having "Withheld" Each Month On A "By Weekly Basis" For "Children" I Have "Not" "Seen" In Allmost Ten Years, This May "Seem" Irrelavant To The Honarabl "Judges" Of This Honorable Court, But Because Of The "Wages" Being Taken Out Of "His" Income Each Mounth "Plaintiff" Has To "Work" Constantly Just To Try An Keep "Himself" A Place To Stay.

(6)

"Plaintiff" At This "Time" Would Like To Bring To The "Courts" Attention" That "Granting" The "Attorney General" Motion For Leave To File A Joint Pretrial Order Without The Signature Of All Parties Is "Unfair" "Plaintiff" Because "If" The "Court" Would "Remember" The "Attorney Generals" Office Did "Not" File A "Joint Pretrial Order" With The "Plaintiff" When The "Court" First "Ordered" Him To "An" Them "Asked" (Three Days) After The Original "Due" Date An "When" Plaintiff" Filed "His" Motion To Find The Attorny General In "Default" For "Not" Obeying The Courts Order "It" Was Denied.

(7)

"Plaintiff" At This "Time" "Pleads" To The "Court" To "Not" Dissmiss "His" Lawsuit For Affore Mentioned Reasons.

"Motion"

Granted _____ Or Denied _____ On This The _____ Day Of _____, 2001

Judge: _____

Respectfully Submitted On This The 10TH Day Of November 2001
By: Micheal Edward Derry
302 Marathon #5
Houston Texas 77018

## Certificate Of Service

I, Micheal Edward Derry, "Plaintiff", Under The Pains And Penalty Of Perjury Do Hereby Declare That A True And Correct Copy Of This Motion Has Been Sent By Certified United States Mail To The Following Named Persons:

(1)

A True And Correct Copy Of "Plaintiff's" Motion Has Been Sent To Defendants In Care Of Defendants Attorney: Attorney General - John Cornyn - P.O. Box 12548 - Austin Texas 78711-2548.

Respectfully Submitted On This The 10TH Day Of November 2001
By: Micheal E. Derry #630520
302 Marathon #5
Houston Texas 77018