United States District Court
Southern District of Texas
ENTERED

NOV 28 2001

Michael N. Milby, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | 64. |
| V. | § | C.A. NO. C-00-26 |
| WAYNE SCOTT, ET AL. | § | |

## ORDER SETTING STATUS CONFERENCE

On November 19, 2001, plaintiff filed his response to the order to show cause (D.E. 63). To the extent plaintiff refers to his pleading as a motion, the Clerk shall terminate it (D.E. 63) as moot. Plaintiff has shown cause why his lawsuit should not be dismissed, and dismissal at this time is not recommended. A hearing by telephone conference call to address pending issues is scheduled for **Thursday, December 20, 2001, at 11:00 a.m. (CST)**. The parties shall call chambers at (361)888-3291.

The parties shall be prepared to discuss:

1. Scheduling of the deadline for filing a joint pretrial order with the signature of both parties/counsel;

2. A schedule for payment of the filing fee in installments, if appropriate.

3. Scheduling of the Final Pretrial Conference and Jury Trial.

Plaintiff is advised that if he wishes to proceed with the trial of his cause, he **must** participate in all proceedings. Plaintiff should submit his contributions to the Joint Pretrial Order on or before Monday, December 17, 2001. Plaintiff will be required to appear in person

for the final pretrial conference and jury trial. Failure to timely call chambers for conference calls, or failure to timely appear where required, is cause for dismissal for want of prosecution.

ORDERED this __27__ day of __November__, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE