IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD DERRY | § | |
| | § | |
| VS. | § | C.A. NO. C-00-26 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

**ORDER DENYING ENTRY OF DEFAULT**

On September 20, 2001, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause. After ample opportunity, no objections have been filed by the plaintiff or the defendant. The Court construes the parties' decisions not to object to the Memorandum and Recommendation as their beliefs that the magistrate judge's decision proposes an appropriate resolution of this case. Having reviewed for clear error the magistrate judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the magistrate judge.

Plaintiff's motion for entry of default (D.E. 52) is denied.

ORDERED this _30_ day of _Nov_, 2001.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE