## CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** Digital (11:19:11 – 11:20:34)

**LAW CLERK:** Chris Jenkins

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

DEC 20 2001

MICHAEL N. MILBY, CLERK

**DATE:** 12-20-01   **OPEN:** 11:19 AM   **CLOSE:** 11:20 AM

**CIVIL ACTION NO:** C-00-26

Michael Edward Derry   **COUNSEL:** Pro-se

VS.

Gary Johnson, et al   **COUNSEL:** Carlos Lopez

---

(X) (Conf Call) Status Conference

Case called. Pltff did not call in. Mr Lopez advised he had not heard from pltff. Court will recommend to the district Judge that the case be dismissed for want of prosecution.

Court adjourned