12-29-01

To: The Honorable Judge -
B. Janice Ellington

CA-C-00-26

This Is A Letter Of Appreciation And Of Great Sorrow. "First"- I Would Like To Thank-You For All The Patience And Tolerance You Have Shown Me Over The Past Two Years. "Second"- I Know You Have Gone Farther Than You Should Have On More Than One Occasion Trying Your Best To Help Me Because Of My Lack Of Knowledge Of Law. This Letter Has A Two-Fold Purpose. ① To Let You Know I Am Truely Grateful For All You Did And To Thank-You As Best I With Words. But I Have To Admit Loosing This Case In Such A ~~Manner~~ Manor Hurts More Than Having Two Inmates Try To Kill Me Or Being Transferred To A Unit Where Staff Members Their Best To End My Life Three Times.

When I Recieved The Last Notice From Your Office About The Phone Conferrence - I Marked Every Calendar In My Home So I Would Not - "Miss"- This Final Chance At Having My Day In Court. But As Murphy's Law Says - Anything That Can Go Wrong Most Likely Will Go Wrong.

My Mother Died A Few Years Ago As A Result Of A Massive Heart Attack And I Was Not There To Say Good-Bye. Well Three Hours Before Our Schedualed Phone Conferrence My Father Had A Heart Attack And I Went To The Hospital To Be With Him. I Could Not Leave Until I Knew If He Was Going To Make It Or Not. He's All I Have Left Of Two Loving Parents.

As I Sat At My Father's Bedside I Prayed And Asked The Lord That If He Would Spare My Father's Life I In Return Would Not Be Angry About Loosing This Case, For In My Heart I Felt There Was No Sacrifice To High To Make For Someone You Love Dearly.

This Case Meant Everything To Me. But When My Father Opened His Eyes And Spoke To Me It Made The Sacrifice Worth It And Gave Me A Degree Of Solace.

Federal Magistrate Judge B. Janice Ellington, You Have Been More Than A Friend To Me And That Is The Way I Will Always Remember You As Being -"My Friend"- Funny, I Would Have Never Imagined Myself Says This To Any Member Of The Judicial System Of The State Of Texas. But You Have More Than Earned This Title And I Humbly Ask That If You Find It In Your To Forgive Me For Letting You Down I Would Greatly Appreciate It. Again - Thank-You.

Forever Grateful
Micheal Edward Derry, Sr.

P.S.

Happy New Year - May God Bless You Always