IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MICHAEL EDWARD DERRY      §
                          §
                          §
v.                        §
                          § C.A. NO C-00-026
WAYNE SCOTT, et al.       §

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2002

Michael N. Milby, Clerk of Court

## FINAL JUDGMENT

Plaintiff's case is dismissed for want of prosecution.

ORDERED this  25  day of ___January___, 2002.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE